# United States Bankruptcy Court
## Northern District of Alabama

In re: **Atherotech, Inc.**
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Atherotech, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Atherotech Holdings, Inc.**
1853 Data Drive
Birmingham, AL 35244

☐ None [*Check if applicable*]

03/04/2016
Date

*[signature]*
Lee R. Benton ASB-8421-E63L
Signature of Attorney or Litigant
Counsel for **Atherotech, Inc.**
Benton & Centeno, LLP
2019 3rd Ave N
Birmingham, AL 35203
205-278-8000