# Notice Recipients

| District/Off: 1126−2 | User: kpressnel | Date Created: 3/4/2016 |
|---|---|---|
| Case: 16−00909−TOM7 | Form ID: 309C | Total: 1836 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| 8932517 | Andrew Hart |
| 8932518 | Andrew Smith |
| 8932684 | CASH |
| 8932674 | Carlos Morales |
| 8932685 | Cat Sartin |
| 8932695 | Cecilia Godwin |
| 8932713 | Cheryl Handy |
| 8932718 | Christian Staylor |
| 8932719 | Christina Dominguez |
| 8932734 | Cindy Chafin |
| 8932850 | Deborah Bernard |
| 8932895 | Dr. Kris Kulkarni |
| 8932958 | Fran Bostick |
| 8932959 | Fran Zinnerman |
| 8933025 | Harris Carruba |
| 8933094 | Jamey Sturm |
| 8933103 | Jason Green |
| 8933125 | Jennifer Wolford |
| 8933140 | JoAnna McShan |
| 8933161 | Jonathon Morgan |
| 8933171 | Joyce Chamble |
| 8933219 | Kelsie Sapp |
| 8933221 | Kenneth French |
| 8933233 | Kisha Adams |
| 8933237 | Kolette Pharris |
| 8933243 | Kristen Copeland |
| 8933244 | Kristie Richardson |
| 8933246 | Kurt Rogers |
| 8933248 | Kyle Price |
| 8933295 | Linda Sherer |
| 8933301 | Lisa Wynne |
| 8933325 | Manessa Wilson |
| 8933337 | Marie Garner |
| 8933346 | Marlee Garrison |
| 8933365 | Matthew Whip |
| 8933386 | Melissa Scott |
| 8933586 | Renata Pedreira |
| 8933614 | Robin Shoultz |
| 8933620 | Roy King |
| 8933629 | Sabrina Johnson |
| 8933658 | Share Norville |
| 8933662 | Sharqueta Craig |
| 8933664 | Shawn Smith |
| 8933669 | Shereda Eason |
| 8933720 | Steven Roberts |
| 8933782 | The Happy Catering Company |
| 8933790 | Thelma McFarland |
| 8933792 | Theresa Davis |
| 8933862 | Veronica Patterson |
| 8933875 | Warren Gray |
| 8933890 | Will Ivey |
| 8933893 | William Horne |
| 8933896 | William Jeffery Hannon |

TOTAL: 53

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Atherotech, Inc. 201 London Parkway, Ste. 400 Birmingham, AL 35211 |
| tr | Thomas E Reynolds Reynolds Legal Solutions, LLC 300 Richard Arrington Jr. Blvd. N Suite 503 Birmingham, AL 35203 |
| aty | Lee R. Benton Benton & Centeno, LLP 2019 3rd Ave N Birmingham, AL 35203 |
| smg | Thomas Corbett BA Birmingham 1800 5th Avenue North Birmingham, AL 35203 |
| 8932438 | 100 College Parkway Assoc.,LLL 5505 Main Street Williamsville, NY 14221 |
| 8932439 | 2B Solutions, Inc. 1500 First Avenue North Unit 2 Birmingham, AL 35203 |
| 8932440 | 6000 Uptown Plaza Partners LLC c/ Metro Properties 3029 Wilshire Blvd., Suite 202 Santa Monica, CA 90403 |
| 8932441 | 6000 Uptown Plaza Partners LLC c/o Metro Properties 3029 Wilshire Blvd., Suite 202 Santa Monica, CA 90403 |

8932442 7277 Scottsdale Hotel, LLC W Scottsdale Hotel 7277 E. Camelback Road Scottsdale, AZ 85251
8932443 A&G Pharmaceutical, Inc Precision Antibody 9130 Red Branch Road−Suite U Columbia, MD 21045
8932444 AAA Plastic Products Co, Inc. P.O. Box 362 Birmingham, AL 35201
8932445 AABCO Rents, Inc. 2612 7th Avenue South Birmingham, AL 35233
8932446 AAPA, LLP 677 Myrtle Rd. Naples, FL 34108
8932447 AARP Medicare Complete −UHC P.O. Box 31362 Salt Lake City, UT 84131
8932093 AB SCIEX 1201 Radio Road Redwood City, CA 94065
8932457 ADS Security Systems PO Box 2252 Birmingham, AL 35246−0034
8932463 AETNA PO Box 784836 Philadelphia, PA 19178
8932462 AETNA PO Box 981106 El Paso, TX 79998
8932467 AHI Corporate Housing P.O. Box 1703 Pelham, AL 35124
8932109 AL Department of Revenue Individual & Corporate Tax Div P.O. Box 327320 Montgomery, AL 36132−7320
8932554 APS P.O. Box 2906 Phoenix, AZ 85062−2906
8932561 AT & T P O Box 105503 Atlanta, GA 30348−5503
8932567 AT&T P.O. Box 105257 Atlanta, GA 30348−5257
8932563 AT&T P.O. Box 105262 Atlanta, GA 30348−5262
8932568 AT&T P.O. Box 34227 Seattle, WA 98124−1227
8932562 AT&T P.O. Box 5025 Carol Stream, IL 60197
8932566 AT&T P.O. Box 830660 Birmingham, AL 35283−0660
8932564 AT&T PO Box 105414 Atlanta, GA 30348−5414
8932565 AT&T PO Box 5014 Carol Stream, IL 60197−5014
8932569 AT&T PRO− CABS P.O. Box 105373 Atlanta, GA 30348
8932570 AT&T PRO− CABS P.O. Box 34744 Seattle, WA 98124−1744
8932579 AVA Properties, LLC Attn: Bobbi Harris P.O. Box 1682 Los Lunas, NM 87031
8932448 Abbott Laboratories Inc 100 Abbott Park Road Abbott Park, IL 60064−6095
8932449 Abby R Viglietta 6100 W State St Apt 703 Milwaukee, WI 53213
8932105 Abebrese, Armstrong 3228 Cahaba Manor Drive Trussville, AL 35173
8932106 Abel, Gary W. 2701 Margaret Lane Adamsville, AL 35005
8932450 Abracadabra Cleaning Services LLC 303 S Trenton Avenue Pittsburgh, PA 15221
8932451 Accent P.O. Box 952366 Saint Louis, MO 63195
8932452 Acrendo Software, Inc. 3625 Ruffin Road, Ste 300 San Diego, CA 92123
8932453 Active Motif, Inc. 1914 Palomar Oaks Way Suite 150 Carlsbad, CA 92008
8932107 Adam, Kimberly Ann 7628 REGINA DR Fort Wayne, IN 46815
8932108 Adams, Kisha Nicole 11044 W. Denier Dr Marana, AZ 85653
8932454 Adan Rangel 13555 Shelberitt San Antonio, TX 78249
8932455 Adelphi Healthcare Packaging Olympus Hose MillGreen Road Haywards Health, W.Sussek, UK
8932456 Adrienne K. Bourke 5723 Red Cenyon San Antonio, TX 78252
8932458 Advantage Financial Services P.O. Box 660831 Dallas, TX 75266−0831
8932459 Aenta PO Box 784836 Philadelphia, PA 19178
8932460 Aerotek 7301 Parkway Drive Attn: Assistant Controller−Mid Atlantic Hanover, MD 21076
8932461 Aetna P.O. Box 14079 Lexington, KY 40512
8932464 Aetna P.O. Box 981106 El Paso, TX 79998
8932465 Aetna PO Box 14079 Lexington, KY 40512
8932466 Agency for Health Care Admin. 2727 Mahan Drive Mail Stop #32 Tallahassee, FL 32308
8932469 AirWatch, LLC 1155 Perimeter Center West Suite 100 Atlanta, GA 30338
8932468 Airgas USA LLC PNC Bank PO Box 532609 Atlanta, GA 30353−2609
8932470 Al Bennati 604 55th Ave Saint Petersburg, FL 33706
8932471 Al Corporate Interiors, LLC 3017 B 2nd Ave South Birmingham, AL 35233
8932473 Alabama Gas Corporation P.O. Box 27900 Albuquerque, NM 87125−7900
8932472 Alabama Gas Corporation PO Box 2224 Birmingham, AL 35246−0022
8932474 Alabama Power 32 Fob James Drive Valley, AL 36854
8932476 Alabama Power P.O. Box 105184 Atlanta, GA 30348−5184
8932477 Alabama Power P.O. Box 29040 Phoenix, AZ 85038−9040
8932475 Alabama Power P.O. Box 830660 Birmingham, AL 35283−0660
8932478 Alabama Self−Insured Worker's Comp. Fund−Dept.4300 P.O. Box 830770 Birmingham, AL 35283−0770
8932479 Alameda Hospital Attn: Karmella Borashan 2070 Clinton Avenue Alameda, CA 94501−0415
8932480 Alan Catterson 6605 S Arbutus Circle Apt 1324 Littleton, CO 80127
8932481 Alan Hokanson 152 Grande Vista Way Chelsea, AL 35043
8932482 Albert A Malooly Jr AMCON Developement 5400 Tierra Vista Ln El Paso, TX 79932
8932483 Alecieia Kidd 1 Hermann Museum Circle D Apt 2019 Houston, TX 77004
8932484 Alger/Lee Advanced Practice Seminars 2064 Lakeview Circle Myrtle Beach, SC 29575
8932485 Alice Morris 2500 S Bivins Amarillo, TX 79103
8932486 All Florida Properties, Inc 1071 Port Malabar Blvd NE #202 Palm Bay, FL 32905
8932487 Alliance Laboratory The Villages Clinical Lab 1501 US Hwy 441 North Ste.1810 Lady Lake, FL 32159
8932488 Alliance Payroll Services, Inc 9110 Forest Crossing Drive Woodland, TX 77381
8932489 Allscripts 24630 Network Pl Chicago, IL 60673−1246
8932490 Altera Providence, LLC Altera TX MOB LP SOLE MBR 5910 N Central Expressway #650 Dallas, TX 75206
8932491 Amanda Graff 2285 Oak Circle Dr. Conroe, TX 77301
8932492 Amanda J Albright 60 Dodge Rd Glen Hope, PA 16645−4506
8932493 Amazing Charts, Inc. 650 Ten Rod Road, Suite 12 North Kingstown, RI 02852
8932494 American Academy of Family Phy Attn: Lacy Merritt 11400 Tomahawk Creek Pkway Shawnee Mission, KS 66211

8932495 American Behavioral Benefits Managers Inc. 2204 Lakeshore Dr. Ste 135 Birmingham, AL 35209
8932496 American Chemicals & Equipement Inc American Osment 2923 5th Avenue South Birmingham, AL 35233
8932497 American College of Physicians ACP 190 N. Independence Mall West Philadelphia, PA 19106
8932498 American Esoteric Lab 1701 Century Center Cv. Memphis, TN 38134
8932500 American Express P.O. Box 650448 Dallas, TX 75265
8932504 American Express P.O. Box 0001 Los Angeles, CA 90096−8000
8932501 American Express P.O. Box 650448 Dallas, TX 75265
8932499 American Express P.O. Box 650448 Dallas, TX 75265−0448
8932503 American Express P.O. Box 652448 Dallas, TX 75265−0448
8932502 American Express PO Box 360001 Fort Lauderdale, FL 33336−0001
8932505 American Heart Association Greater Southeast Affiliate Accts Rec P.O. Box 50015 Prescott, AZ 86304−5015
8932506 American Medical Solutions 11042 North 24th Avenue Phoenix, AZ 85029
8932507 American Proficiency Institute 1159 Business Park Dr Traverse City, MI 49686
8932110 Amerson, Desirae Lorene 8428 Randolph Road Morris, AL 35116
8932508 Amy Brown 2383 Noel Road Church Point, LA 70525
8932509 Amy Flory 728 N Palmers Chapel Rd White House, TN 37188
8932510 Amy Lockridge Atkins 1635 Teal Circle Tuscaloosa, AL 35405
8932511 Amy Seinfeld DO PA 4000 Island Blvd #101A North Miami Beach, FL 33160
8932512 Amy Strocsher, NP Desert Bloom Family Practice 1925 W Orange Grove Rd. #201 Tucson, AZ 85704
8932513 Anat Gremberg 7900 NW 11th Court Fort Lauderdale, FL 33322
8932514 Anchors Away Medical, Corp. 1495 Pine Ridge Road Ste. 4 Naples, FL 34109
8932515 And−Bet Building Mnt. Co. P O Box 1071 Westport, WA 98595
8932516 Andrew Corke 14120 Alico Rd Fort Myers, FL 33913
8932519 Andria Conyers 1213 N. Detroit Street Xenia, OH 45385
8932520 Angela Cody 17 Middletown Lincroft Lincroft, NJ 07738
8932521 Angelo Tinker 1846 Winnerpeg Circle Bessemer, AL 35022
8932522 Anita G. Mathewson 111 Crescent Road Fox River Grove, IL 60021
8932523 Ankit Gulati 1250 Savannah Drive Mobile, AL 36609
8932524 Ann Hollingsworth−DO NOT USE 109 County Rd. Vinemont, AL 35179
8932525 Ann M Hollingsworth 2615 County Hwy. 47 Blountsville, AL 35031
8932526 Anna Germain 877 Battersea Drive Saint Augustine, FL 32095
8932527 Anna M Borrego 5319 Gemsbuck Chase San Antonio, TX 78251
8932528 Annalina Belfiore Braman 36140 Castellane Drive Murrieta, CA 92562
8932529 Anthony Burton 12001 WCR 52 Midland, TX 79707
8932530 Anthony Hutchinson 1211 20th Ave W Palmetto, FL 34221
8932531 Anthony Medical Associates 1330 N. Coliseum Blvd Fort Wayne, IN 46805
8932532 Anthony's Ultimate Express Car Wash, LLC 3037 John Hawkins Parkway Birmingham, AL 35244
8932533 Any Lab Test Now ( Houston) 11807 Westeimer Ste 560 Houston, TX 77007
8932534 Any Lab Test Now Medina Inc P.O. Box 462 Sharon Center, OH 44274
8932535 Any Lab Test Now− Euless 1060 N. Main Street Suite 101A Euless, TX 76039
8932536 Any Lab Test Now− Glendale 1 20280 N. 59th Avenue, Ste. 116 Glendale, AZ 85308
8932537 Any Lab Test Now− Mesa 2048 E Baseline Rd. Ste. c−5 Mesa, AZ 85204
8932538 Any Lab Test Now− Scottsdale 8902 E Via Linda Ste. 115 Scottsdale, AZ 85254
8932539 Any Lab Test Now− Weatherford 169 College Park Dr. Weatherford, TX 76086
8932540 Any Lab Test Now−FM 13401−9 Summerline Rd. Fort Myers, FL 33919
8932541 Any Lab Test Now−Lafayette, LA 114 W. Prien Lake Road Lake Charles, LA 70601
8932542 Any Lab Test Now−Midland 1913 Heritage Blvd. Midland, TX 79707
8932543 Any Lab Test Now−Palm Beach 4206 Northlake Blvd, Suite A West Palm Beach, FL 33410
8932544 Any Lab Test Now−Pensacola 4761−2 Bayou Blvd. Pensacola, FL 32503
8932545 Any Lab Test Now−San Antonio 17700 Hwy. 281 N Ste. 300 San Antonio, TX 78232
8932546 Any Lab Test Now−TN 114−A 29th Avenue N Nashville, TN 37203
8932547 Any Lab Test Now−Winter Park 501 North Orlando Avenue Suite 227 Winter Park, FL 32789
8932550 AnyLab Test Now− Wesley Chapel 27421 Wesley Chapel Blvd. State Rd 54 Zephyrhills, FL 33544
8932551 AnyLab Test Now−Granbury 1030 E. Highway 377 Ste. 130 Granbury, TX 76048
8932548 Anylab Test Now Wichita Falls 3916 Kemp Blvd. Suite J1 Wichita Falls, TX 76308
8932549 Anylab Test Now− Franklin 1735 Galleria Blvd. Franklin, TN 37067
8932552 Applecare Medical Group P.O. Box 6014 Artesia, CA 90702
8932553 Aprima Medical Software, Inc. P.O. Box 670212 Dallas, TX 75267−0212
8932111 Ard, Kelly A 19425 three rivers rd. seminole, AL 36574
8932555 Ariel Grubbs 10659 Merrick Lane Cincinnati, OH 45242
8932556 Arizona Naturopathic Medical Association 14175 W. Indian School Rd Suite B4−412 Phoenix, AZ 85395
8932557 Arkansas Osteopathis Medical Association 1400 W. Markham Street, Ste. 412 Union Station Little Rock, AR 72201
8932112 Armstrong, Janice H 3223 Chestnut Ridge Ln Vestavia, AL 35216−6914
8932558 Arthur Rosas 249 Starburst Trail Seguin, TX 78155
8932113 Askins, Bradley Dale 7991 Big Creek Ct Columbus, GA 31904−2651
8932559 Aspire IRB DEPT LA 24322 Pasadena, CA 91185−4322
8932560 Associated Sign Co., Inc. Associated Sign Company 3335 W. Vernon Avenue Phoenix, AZ 85009

8932571 Athenahealth, Inc. 311 Arsenal Street Watertown, MA 02472
8932572 Athens Papers Co., Inc. PO Box 932811 Atlanta, GA 31193−2811
8932573 Atherotech Holdings, Inc. and Subsidiary 1853 Data Drive Birmingham, AL 35244
8932114 Atkinson, Elizabeth B 1017 58TH ST S BIRMINGHAM, AL 35222
8932574 Atlas Database Software Corp. 26679 West Agoura Road Suite 200 Calabasas, CA 91302
8932575 Atmos Energy Corporation PO Box 650205 Dallas, TX 75265−0205
8932576 Audit Quality Inc. Mark Daniels 7389 Turnford Drive San Diego, CA 92119
8932577 Audrey Kendall 1806 W 800 S Pingree, ID 83262
8932578 Audrey Nolander 1000 E 22ND Street, APT 1206 Tucson, AZ 85713
8932115 Avalos, Gabriel 6440 N Regal Manor Dr Tucson, AZ 85750−1061
8932580 Avant Healthcare Marketing Inc 630 W. Carmel Drive Suite 200 Carmel, IN 46032
8932581 Avanti Polar Lipids, Inc. 700 Industrial Park Drive Alabaster, AL 35007
8932116 Averhart, Callie 2119 Dartmouth Ave Bessemer, AL 35020
8932582 Azalea Health Innovations Inc Azalea Health 107 W Central Avenue Valdosta, GA 31601
8932583 B & C Signs, Inc 2225 Guava Drive Edgewater, FL 32141
8932584 BAFT Cleaning Svc,LLC− Jan−Pro Jan−Pro of Columbus 3575 Macon Road Suite 13 Columbus, GA 31907
8932594 BCBS Arizona P.O. Box 2924 Phoenix, AZ 85062
8932595 BCBS Florida PO Box 2896 Jacksonville, FL 32232
8932596 BCBS Washington Regional P O Box 30271 Salt Lake City, UT 84130
8932617 BG Medicine, Inc P.O. Box 8287 Pasadena, CA 91109−8287
8932621 BIO RAD Clinical Diagnostics P.O. Box 849740 Los Angeles, CA 90084−9740
8932624 BIO−RAD Life Science Group P.O. Box 849750 Los Angeles, CA 90084−9750
8932648 BRMS Overpayment c/o ARC Review Services, LLC P.O.Box 1047 Alpharetta, GA 30009
8932649 BRMS Overpayments C/O ARC Review Services, LLC P.O. Box 1047 Alpharetta, GA 30009
8932657 BTS Technologies Inc 311 West Valley Avenue Birmingham, AL 35209
8932117 Bagley, Charles Michael 6535 Lundin Links Ln Charlotte, NC 28277−4005
8932585 Bahram Danesh 4335 Van Nuys Blvd 422 Sherman Oaks, CA 91403−3727
8932586 Bainbridge Mims Rogers & Smith LLP 600 Luckie Drive #415 Birmingham, AL 35223
8932118 Baker, Anthony Scott 58 Wanderwood Way Sandy, UT 84092
8932119 Baker, Cynthia Sides 1300 13Th Way Pleasant Grove, AL 35127−2453
8932120 Baker, Ryan Christopher 3000 County Road 54 Montevallo, AL 35115
8932587 Barbara Buscema 343 Whitewood PL Encinitas, CA 92024
8932588 Barbara Marr 52 Gordon Drive Castle Rock, CO 80104
8932589 Barbara Sayers 29 Rakestown Road Ivanhoe, VA 24350
8932590 Barbara Schumacher 3379 E Woodview Avenue Oak Creek, WI 53154
8932591 Barber Companies 27 Inverness Center Parkway Birmingham, AL 35242
8932121 Barber, Stacey N 7050 Harpers dairy loop Bessemer, AL 35022
8932122 Barnard, Deborah A. 2104 Ivey Road CHAPEL HILL, NC 27516
8932123 Barrett, Gregory Allen 4541 Magnolia Dr Birmingham, AL 35242−5358
8932592 Barry S. Hurley 5340 State Hwy 78 South Bonham, TX 75418
8932124 Basso, Patrick J. 17389 BANYAN LANE LAKE OSWEGO, OR 97034
8932593 Batoor Kortwal 1702 Buckthorne Dr. Allen, TX 75002
8932597 Beach VGIP, LLC 4446−1A Hendricks Ave Ste.402 Jacksonville, FL 32207
8932598 Beagle Parent Corp & Subs 1901 East Alton Avenue Suite 100 Santa Ana, CA 92705
8932599 Beagle Parent Corp.& Subs d/b/a Emdeon 3055 Lebanon Pike, Suite 100 Nashville, TN 37214
8932600 Beckman Coulter Inc Dept CH 10164 Palatine, IL 60055−0164
8932601 Becky Clark 10 Curck Drive Galesburg, IL 61401
8932602 BeeBe Medical Center, Inc. 424 Savannah Road Lewes, DE 19958
8932125 Beesing, Randi Hodges 13979 Sound Overlook Dr N Jacksonville, FL 32224−1379
8932603 Behrman Brothers Mgmt. Corp 126 E. 56TH Street, 27th Floor New York, NY 10022
8932126 Belcher, Antionette 311 Stonecrest Dr Birmingham, AL 35242−6540
8932604 Belinda K Philpott 485 Holly St Bridge City, TX 77611
8932605 Belinda Overton 77375 Coleman Drive Maringouin, LA 70757
8932127 Bello, John Charles 15348 Carlton Forest Court Chesterfield, VA 23832
8932606 Bench Depot Humpries RD. Bldg. 3 Tecate, CA 91980
8932607 Benchmark Systems of Westen, VA, Inc. 1112 Church Street Lynchburg, VA 24504
8932608 Benita Zweigbaum 504 Wild Rose Drive Austin, TX 78737
8932609 Benjamin Gomez 9089 N. Eaglestone Loop Tucson, AZ 85742
8932128 Benjume−Gutierrez, Nancy 251 Carlyle Rd Rainsville, AL 35986
8932129 Benko, Ryan J. 5158 PARK TRACE DR HOOVER, AL 35244
8932610 Bensussen Deutsch & Associates 15525 Woodinville− Redmond Rd NE Woodinville, WA 98072
8932611 Bestcare Laboratory Services, 202 N Texas Avenue Suite 100 Webster, TX 77598
8932612 Betsy Roberts 4301 Junetion Circle #104 Corona, CA 92883
8932613 Better Business Bureau P.O. Box 55268 Birmingham, AL 35255−5268
8932614 Betty M. Moberly 125 Grant Drive Richmond, KY 40475
8932615 Betty Reese 8411 Lakeside Dr Apt 28 Fort Wayne, IN 46816
8932616 Beverly Albrets 4711 Pine Ridge Road Naples, FL 34119
8932618 Bianca Eltz 6623 Crystal Point Drive Katy, TX 77449
8932619 Bill Wirtz 12306 White Oak Drive Crown Point, IN 46307
8932130 Bills, Stephen Todd 4004 LEESWAY CIRCLE PENSACOLA, FL 32504
8932620 Billy R Braddock 1681 Hwy 773 Ripley, MS 38663
8932622 Bio Rap Technologies Ltd. 1 Efron Street P.O.B 9697 Haifa 31096 Israel
8932623 Bio− Rap Technologies LTD 7 Efron Street Attn: CEO Haifa 31096 Israel
8932625 Bio−Tek Instruments, Inc. P.O. Box 29817 New York, NY 10087−9817

8932626 BioExpress, LLC P.O. Box 644881 Pittsburgh, PA 15264−4881
8932627 Biotex Solutions, Inc. 77 Rolling Oaks Drive, Suite 106 Thousand Oaks, CA 91361
8932628 Birmingham Business Journal 2140 11th Avenue South Suite 205 Birmingham, AL 35205
8932131 Bishop, Brenda 680 Shannon Lynn shores Talladega, AL 35160
8932629 Bizmatics, Inc. 4010 Moorpark Avenue Suite 222 San Jose, CA 95117
8932630 Black & Pinckard LLC P.O. Box 26384 Birmingham, AL 35260
8932631 Black Commercial, Inc. dba NAI Black 107 S Howard, Ste 500 Spokane, WA 99201
8932132 Bobb, Larissa Kae 5614 East Alder Ave. Mesa, AZ 85206
8932632 Bobby L Jones Jones Sportswear CO., Inc 1604 2nd Avenue South Birmingham, AL 35233
8932633 Boca Leadership LLC VitalSmarts LC 10901 W. Toller Drive Littleton, CO 80127
8932634 Boca−Med Associated Ltd. 304 900NW 13th Boca Raton, FL 33486
8932133 Bolton, Janet Lynn 5 Hobonny Ln Charleston, SC 29407
8932635 Brad Baculis 2400 viburg Court Midlothian, VA 23113
8932636 Brad Geoenwald 4140 Buttrick Avenue SE Ada, MI 49301
8932637 Bradley Arant Boult Cummings PO Box 830709 1819 Fifth Av No Birmingham, AL 35283−0709
8932134 Bradley, Tina M 601 Hampton Park Dr Birmingham, AL 35216
8932135 Bradshaw, Tiffany Leann 9031 Wilderness Rd Bland, VA 24315−5198
8932638 Brenda Rosalez 9920 W Camelback Road Phoenix, AZ 85037
8932639 Brenna Putz 2920 SW Standley Ct Portland, OR 97219
8932640 Brian A Taylor 8538 Ocala Avenue Jacksonville, FL 32220
8932641 Brian Alexander Rappold 205 Sierra Pt Glen Carbon, IL 62034
8932642 Brian Bangs B&J Janitorial 6366 Roadrunner LP NE Rio Rancho, NM 87144
8932643 Brian C. Moraes, D.O. 9325 Glades Rd. Ste. 107 Boca Raton, FL 33434
8932644 Brian Eades 5628 Encore Drive Dallas, TX 75240
8932645 Brian Kloos 4422 E Whitney Lane Phoenix, AZ 85032
8932646 Brice Erickson 324 Butte Avenue E Pacific, WA 98047
8932647 Brittany Fansler P.O. Box 172 Florence, AZ 85132
8932650 Brookwood Occupational Health Clinic, LLC 110 Oxmoor Ct. Birmingham, AL 35209
8932651 Brown Fire Protection Inc. 124 N. Hwy79 Panama City Beach, FL 32413
8932136 Brown Jackson, Priscilla 1509 − 32ND ST ENSLEY BIRMINGHAM, AL 35218
8932137 Brown, Essie Juanita #59 17th Ave S Birmingham, AL 35205
8932138 Browning, Cathy Phillips 486 Higginbotham Road Empire, AL 35063
8932652 Bruce Baker 1907 Shadowdale Drive Houston, TX 77043
8932653 Bruce Office City P.O. Box 12343 Birmingham, AL 35202
8932654 Bruce Williams 613 Crestview Circle Birmingham, AL 35244
8932655 Brunetta Peterson 922 53rd Street North Apt. D Birmingham, AL 35212
8932656 Bryan L Ison 4987 W 89th Place Crown Point, IN 46307
8932139 Bryant, Alicia Danielle 1352 Hartford Drive Birmingham, AL 35125
8932140 Buckner, Charles Ramsey 570 Woodvine RD Alexander City, AL 35010
8932658 Bull − Bee Investments, LLC 112 Harmony Crossing, Ste 4 Eatonton, GA 31024
8932141 Bullock, Shandra Nisa 1223 Longbrook Dr Bessemer, AL 35020−6579
8932659 Business Council of Alabama P.O. Box 76 Montgomery, AL 36101
8932660 Buxton Company 2651 South Polaris Drive Fort Worth, TX 76137
8932142 Buzzell, Danielle Louise 14025 Coys Dr SE Huntsville, AL 35803−2456
8932691 CB Laboratory Inc 313 W Country Club Road Ste 8 Roswell, NM 88201
8932692 CBRE, Inc. P.O. Box 406588 Location 2023 Atlanta, GA 30384−6588
8932693 CCH INCORPORATED P.O. BOX 4307 Carol Stream, IL 60197
8932694 CDW Computer Centers, Inc. PO Box 75723 Chicago, IL 60675−5723
8932703 CGH Medical Center 101 E. Miller Road Sterling, IL 61081
8932704 CGS Investments LLC Key Discovery 230 Congress St., 6th Floor Boston, MA 02110
8932802 CRE Consultants 12140 Carissa Commerce Ct. Ste 102 Attn: Shirley Bulgeri Fort Myers, FL 33966
8932805 CT Corporation P.O. Box 4349 Carol Stream, IL 60197−4349
8932807 CXO Marketing, Inc. 2347 Cedar Key Lake Orion, MI 48360
8932661 California Dpt of Public Health Accounting Section/Cashiering Unit P.O. Box 997376 Sacramento, CA 95899−7376
8932143 Campbell, Christian 2436 Lawn Ave S.W. Birmingham, AL 35211
8932662 Candice Thomas 1066 Cody Rd North Apt #134 Mobile, AL 36608
8932663 Cardinal Health P.O. Box 905867 Charlotte, NC 28217−5267
8932664 CareCloud Corporation 5200 Blue Lagoon Drive Suite 900 Miami, FL 33126
8932665 CareEvolve. Com, Inc. 481 Edward H Ross Drive Elmwood Park, NJ 07407
8932666 Carefirst P.O. Box 14116 Lexington, KY 40512
8932667 Caretracker, Inc. Harris Caretracker Inc. 33115 Collection Cnt. Dr. Chicago, IL 60693−0331
8932668 Carina Prowell 10903 Walnut Drive Sunland, CA 91040−1356
8932669 Carl Carstensen 8363 Forest Drive Foley, AL 36535
8932670 Carl Struble The House Doctor #50 Julie Lane Templeton, CA 93465
8932671 Carla Bangs 492 Swan Point Lane Colonial Beach, VA 22443
8932672 Carla Thomas P.O. Box 660 Stockton, AL 36579
8932673 Carlie Davenport 8357 N Paula Avenue Fresno, CA 93720
8932675 Carlyn Jones 500 Arelia Drive Warner Robins, GA 31088
8932676 Carmen Salgado 1470 Malibu Circle Unit 109 Palm Bay, FL 32905
8932144 Carnes, Jacquelyn Michele 138 OVERLAND ROAD APT 23 MONTEVALLO, AL 35115
8932677 Carol Brinker 8311 Riverland Drive Sterling Heights, MI 48314
8932678 Carol Phillips 18709 Campbell Rd. Dallas, TX 75252
8932679 Carol Wenzel NY State Department of Health Wadsworth Cntr, Empire State Albany, NY 12201
8932680 Carolina Suzanne Henson 4130 Macon Cirlce Northport, AL 35473

8932681 Carolyn Rowley 6621 W Alice Ave #39 Glendale, AZ 85302
8932682 Carrie Herczeg 4400 S Monaco St Denver, CO 80237
8932145 Carruba, Harris 936 Ryecroft Rd Pelham, AL 35124
8932146 Carter, Tiffany Desire' 6659 Castle Heights Rd Morris, AL 35116
8932147 Casas−Martinez, Hidalin 23060 Co Rd 49 Sulligent, AL 35586
8932683 Casey Crane 1407 HWY 50 Vandiver, AL 35176
8932686 Catherine Dennis 232 Scott Road Coldwater, MS 38618
8932687 Catholic Health Initiatives dba Mercy Medical Center 1111 6th Avenue Des Moines, IA 50314
8932688 Cathrine Taylor 1101 28th Place South #1 Birmingham, AL 35205
8932689 Cathy Nakamura 9554 Via Perza San Diego, CA 92129
8932690 Cayenne Creative Group, Inc 2931 2nd Ave South Birmingham, AL 35233
8932696 Cecily Crow 5010 Oakridge Road Lake Oswego, OR 97035
8932698 Central Hudson Gas & 284 South Avenue Poughkeepsie, NY 12601
8932697 Central Hudson Gas & Electric Corporation 284 South Avenue Poughkeepsie, NY 12601
8932699 Century Link P.O. Box 29040 Phoenix, AZ 85038−9040
8932700 Century Link PO Box 105414 Atlanta, GA 30348−5414
8932701 Ceqal, Inc. #307 2083 Alma Street Vancouver, BC V6R 4N6
8932702 Cerner Healthcare Solutions, Inc. 2800 Rockcreek Parkway Kansas City, MO 64117
8932148 Chafin, Cindy 300 FALLISTON COURT HELENA, AL 35080
8932149 Chamblee, Joyce S. 131 SCENIC TRAIL WARRIOR, AL 35180
8932150 Chapin, Mary Denise 220 Greenfield lane Alabaster, AL 35007
8932705 Chapman Properties, Inc. P.O. Box 734 Panama City, FL 32402−0734
8932706 Charles Carns PO Box 406 Felda, FL 33930
8932707 Charles Coats, MD 2120 Forest Park Fort Wayne, IN 46805
8932708 Charles Smith 6726 a Vermont Saint Louis, MO 63111
8932709 Charles Templeton 1268 Co Road 115 Fort Payne, AL 35967
8932710 Charlotte Knoll 9740 E Impala Avenue Mesa, AZ 85208
8932711 Charter Communications P.O. BOX 742616 Cincinnati, OH 45274−2616
8932151 Cheatham, Michael D. 236 BAYBERRY ROAD BIRMINGHAM, AL 35214
8932712 Cheri Abraham 1217 N. San Juanquin Tucson, AZ 85743
8932714 Cheryl Horne 2114 Wimberly Road Huntsville, AL 35816
8932715 Cheryl Ochs 16106 E Wigeon Place Parker, CO 80134
8932716 Chris Jackson 241 Crawford Drive Springville, AL 35146
8932717 Chris Lain Green 3921 Village Center Drive Birmingham, AL 35226
8932720 Christine Hodge 4420 Aspen Way Fort Worth, TX 76137
8932721 Christine L Amos 8706 Juanita Drive Yakima, WA 98908
8932722 Christopher Barker 549 Millstone Ct Woodbridge, CA 95258
8932723 Christopher Delgado 2423 Lyman Drive Lansing, MI 48912
8932724 Christopher E Stone 113 Silverwing Cibolo, TX 78108
8932725 Christopher Frampton 390 N Wagonwheel Drive Green River, WY 82935
8932726 Christopher Gaston 2058 East Pinedale Avenue Fresno, CA 93720
8932727 Christopher Graff 8405 E Smittys Place Prescott Valley, AZ 86315
8932728 Christopher Lounds 4519 Rosewold Avenue Royal Oak, MI 48073
8932729 Christopher McBain 7809 Potters Mill Ct Derwood, MD 20855
8932730 Chromatography Research Supplies, Inc 1330 Solutions Center Chicago, IL 60677−1003
8932731 Cicely McElrath 6306 Colony Park Drive Birmingham, AL 35243
8932732 Cigna P.O. Box 188061 Chattanooga, TN 37433
8932733 Cigna PO Box 188061 Chattanooga, TN 37433
8932735 Cindy Tooher 3251 S Highpoint Drive New Berlin, WI 53151
8932152 Cinnamon, Lee Ann 122 Dundee Place JACKSONVILLE, FL 32259
8932736 Circuit Court of Bessemer JCC− Attn. Karen Dunn Burks P.O. Box 1310 Bessemer, AL 35021
8932094 Cisco Systems Capital CRP P.O. Box 41602 Philadelphia, PA 19101−1602
8932737 Citrix Online LLC 7414 Holiister Avenue Goleta, CA 93117
8932740 City OF Hoover P O Box 11407 Birmingham, AL 35246−0144
8932153 City Of Birmingham Revenue Division P.O. Box 830638 Birmingham, AL 35283−0638
8932738 City of Birmingham P. O. Box 830638 Birmingham, AL 35283−0638
8932739 City of Burbank Building Division P.O. Box 6459 Burbank, CA 91510
8932741 City of Little Rock 500 W Markham Street Little Rock, AR 72201
8932742 City of New Smyrna Beach 210 Sams Avenue New Smyrna Beach, FL 32168
8932744 City of Panama City Attn: Tara 9 Harrison Avenue Panama City, FL 32401
8932743 City of Panama City P.O. Box 1880 Panama City, FL 32402
8932745 City of Plantation P.O. Box 19270 Fort Lauderdale, FL 33318−9270
8932746 City of Valley P.O. Box 186 Valley, AL 36854
8932747 Claire Huking 2702 W 1650 North Ogden, UT 84404
8932748 Clarence Grace 115 Aspen Cove Senatobia, MS 38668
8932154 Clark, Jarrod Lynn 4816 Chesapeake Cir Birmingham, AL 35242−5209
8932155 Clark, Lara 2801 Riverview Road Apt 1124 Birmingham, AL 35242
8932156 Clark, Melissa Marie 337 6th st south Naples, FL 34102
8932749 Clenon Williams 40950 Dogwood Fork Rd. Bay Minette, AL 36507
8932750 Cleveland Heartlab, Inc 6701 Carnegie Ave., Suite 500 Cleveland, OH 44103
8932751 Clinical Laboratory Services 102 Lincoln Medical Park Lincolnton, NC 28092
8932752 Clinical Micro Sensors, Inc. Genmark Diagnostics P.O. Box 101557 Pasadena, CA 91189−1557
8932753 Clinical Pathology Lab SE−Main 6490 Hazeltine National Dr. Suite 170 Orlando, FL 32822
8932754 Cns Signs, Inc 263 Edgewood Avenue S Jacksonville, FL 32254
8932157 Cobb, Belinda Berryhill 105 Stonehaven Way Pelham, AL 35124−3947

8932158 Cobble, Michael P O BOX 980700 PARK CITY, UT 84098
8932755 Code Compliant Fire Extinguish 1131 NW 6th Avenue Boca Raton, FL 33432
8932756 CodeMap, LLC 1901 N Roselle Road Suite 640 Schaumburg, IL 60195
8932757 Cole Parmer Instrument Company 13927 Collections Center Drive Chicago, IL 60693
8932159 Cole, Michelle 612 24Th Ct NW Birmingham, AL 35215−2232
8932758 College Of American Pathologis P.O. Box 71698 Chicago, IL 60694
8932759 Collen Schuettpelz 1607 Northstart C New London, WI 54961
8932160 Collins, Tiffany 1304 Royal Oaks Ct Tuscaloosa, AL 35404−4016
8932760 Collision Care of Blue Ash Inc Carstar Collision Care of Blue 9323 Blue Ash Road Cincinnati, OH 45242
8932761 Colonial Supplemental Ins. Premium Processing−E3070034 P.O. Box 903 Columbia, SC 29202−0903
8932762 Columbus Body Works Northlake 7657 Veterans Parkway Columbus, GA 31909
8932763 Columbus Fire & Safety Equipment Co., Inc. 3101 2nd Avenue Columbus, GA 31904
8932764 Columbus Water Works P.O. Box 1600 Columbus, GA 31902−1600
8932769 Comcast 1255 W North Avenue Chicago, IL 60622−1562
8932767 Comcast 141 NW 16th Street Pompano Beach, FL 33060−5250
8932771 Comcast 96 Annex Atlanta, GA 30396−0001
8932766 Comcast P.O. Box 3001 Southeastern, PA 19398−3001
8932768 Comcast P.O. Box 34227 Seattle, WA 98124−1227
8932765 Comcast P.O. Box 34744 Seattle, WA 98124−1744
8932772 Comcast P.O. Box 530098 Atlanta, GA 30353−0098
8932770 Comcast PO Box 53099 Atlanta, GA 30353−0099
8932773 Comcast −AT P.O. Box 105184 Atlanta, GA 30348−5184
8932774 Comcast −AT P.O. Box 3001 Southeastern, PA 19398−3001
8932775 Comcast −Atlanta P.O. Box 530098 Atlanta, GA 30353−0098
8932776 Comcast −Atlanta PO Box 53099 Atlanta, GA 30353−0099
8932777 Comcast Cable P.O. Box 75000 Southeastern, PA 19398−7500
8932778 Comcast Cable PO Box 5014 Carol Stream, IL 60197−5014
8932780 Comcast−GA 1255 W North Avenue Chicago, IL 60622−1562
8932779 Comcast−GA P.O. Box 105257 Atlanta, GA 30348−5257
8932781 Comer J Alexander Comer Alexander Construction 1229 Webster Avenue Columbus, GA 31901
8932782 Commercial Advantage of Merrillville 9111 Broadway Suite LL Merrillville, IN 46410
8932783 Commercial Equipment Exchange LLC, 204 SE 27TH Terrace Cape Coral, FL 33904
8932784 Commercial Fire, Inc. 2465 St. Jonhs Bluff Rd S. Jacksonville, FL 32246
8932785 Commercial Sign & Graphics Market Potential, Inc. 225 Oxmoor Road Ste. 807 Birmingham, AL 35209
8932786 Community Computer Service Inc Madent 15 Hulbert Street Auburn, NY 13021
8932161 Comptroller of Public Accounts P.O. Box 149348 Austin, TX 78714−9348
8932787 Computer Technology Solutions 300 Riverchase Parkway East Birmingham, AL 35244
8932788 Computype, Inc. P.O. Box CM9496 Saint Paul, MN 55170
8932789 Conceptual Mindworks, Inc dba) Sevocity 9830 Colonnade Blvd. Ste. 377 San Antonio, TX 78230
8932790 Concur Technologies, Inc. 62157 Collections Center Dr Chicago, IL 60693
8932791 Conley Realty Associates, Ltd. Cresa Albany 194 Washington Ave, Suite 620 Albany, NY 12210
8932162 Constant, Kristen Alana 1127 Cassandra St SW Albuquerque, NM 87121−6705
8932792 Container Service Corporation 290 Rollins Industrial Blvd. Ringgold, GA 30736
8932793 Contract Logix LLC 248 Mill Rd, Building 1 Unit 3 Chelmsford, MA 01824
8932794 Convention Makers, Inc 4501 Highway 544 Myrtle Breach, SC 29588
8932163 Cook, Helen Beacham 880 Wolf Creek Rd Pell City, AL 35128−4508
8932795 Cooks Consulting & Contract Engineering 5206 Coralberry Court Fort Collins, CO 80525
8932164 Copeland, Kristen Dawn 545 Chelsea Station Circle Chelsea, AL 35043
8932796 Corepoint Health, LLC 3010 Gaylord Pkwy, Suite 320 Frisco, TX 75034
8932797 Corgenix Medical Corporation Dept 3372 P.O. Box 123372 Dallas, TX 75312−3372
8932798 Coriell Institute for Medical 403 Haddon Avenue Camden, NJ 08103
8932799 Courier Express/Birmingham Inc 3000 Commerce Square South Birmingham, AL 35210−1544
8932800 Covenant Health Systems Labora 3615 19th Street Lubbock, TX 79410
8932801 Covisint Corporation One Campus Martius Detroit, MI 48226−5099
8932165 Cox−Hardy, Tyeashia Katrina 4680 Wassail Dr. Jacksonville, FL 32256
8932166 Craig, Heather Marie 17 Maysville Avenue Mount Sterling, KY 40353
8932167 Craig, Sharqueta Renee 5517 Cairo Ave Birmingham, AL 35228−3758
8932168 Crocker, Patricia G. 6346 TRIBUTE LANE DORA, AL 35062
8932169 Croft, Cynthia A. 111 W 8TH STREET ADEL, GA 31620
8932170 Crowder, Carol A. 2545 2ND WAY NW BIRMINGHAM, AL 35215
8932171 Cruz, Daryl Robert 41644 Cherrybranch Ave Murrieta, CA 92562
8932803 Crystal Thayer 5951 Camelot Drive N Sarasota, FL 34233
8932804 Crystal Woods 2605 N Hickory Street Sherman, TX 75092
8932806 Cullman Regional Med Center 1912 Alabama Hwy 157 P O Box 1108 Cullman, AL 35055
8932172 Cunningham, Abigail Lee 1630 Camino Rustica SW Los Lunas, NM 87031−8159
8932173 Curtis, Winfred 6808 Crystal Hill Ln Birmingham, AL 35212−1900
8932808 Cynthia Chatham 5455 Brick Church Pike Goodlettsville, TN 37072
8932809 Cynthia Lapka 739 Fieldview Drive Grand Ledge, MI 48837
8932810 Cynthia Steverson 204 E 21st St Tulsa, OK 74114
8932811 CytoPath P.C. 1004 First Street North Suite 200 Alabaster, AL 35007
8932175 D.C. Treasurer Office of Tax and Revenue P.O. Box 96019 Washington, DC 20090−6019
8932843 DC Treasurer Office of Tax & Revenue P.O. Box 419 Washington, DC 20044

8932183 DELAWARE SECRETARY OF STATE State of Delaware Div of Corp P.O. Box 5509 Binghamton, NY 13902
8932865 DHMH Laboratory Licensing Spring Grove Hospital Center 55 Wade Ave. Bland Bryant Bldg Catonsville, MD 21228
8932881 DJ Harrison Inc Express Signs 1558 South Wickham Rd Melbourne, FL 32904
8932882 DLA Piper US LLP P.O. Box 64029 Baltimore, MD 21264−4029
8932896 DR/Decision Resources, LLC 8 New England Executive Park Burlington, MA 01803
8932897 DSHS Office of Financial Recovery P.O. Box 9501 Olympia, WA 98507−9501
8932812 Dagmar Hamm 80 Seaview Ter Unit 34 Guilford, CT 06437
8932813 Dan W Dreisbach 1311 E Lincoln Street Birmingham, MI 48009
8932814 Dana Olson 22555 County Road 5 Elbert, CO 80106
8932815 Dana Stuckey 2120 Baneberry Drive Birmingham, AL 35244
8932816 Dane A Morrison 8495 Woodland View Drive Gainesville, GA 30506
8932817 Daniel Clinton Pridgen 25456 Fleetway Drive Birmingham, AL 35226
8932818 Daniel Kline 1225 N 19th Avenue Pensacola, FL 32503
8932819 Daniel Kowalyshyn 6911 Orangewood Ave Cypress, CA 90630
8932820 Daniel Martz 501 22nd Avenue S Birmingham, AL 35205
8932821 Daniel Schirader 5714 Amber Way Mchenry, IL 60051
8932822 Daniel Sharer, Ph.D. 85 Grand Avenue Suwanee, GA 30024
8932823 Daniel Tonto 10449 Creston Glen Circle Jacksonville, FL 32256
8932824 Danielle Lone 7423 E Villanova Pl Denver, CO 80231
8932176 Daniels, Deborah D. 2027 Center Street South BIRMINGHAM, AL 35205
8932825 Danny Fitchett 1122 Roberts Drive Metamora, MI 48455
8932826 Danny Price 108 Vine St. Bay Minette, AL 36507
8932827 Danny Susong 5635 Oxford Circle Russellville, TN 37860
8932828 Daphne Cisneros 8507 Leafdale Drive Humble, TX 77338
8932829 Darius S. Noori, M.D. 1231 West Vine Street Suite 19 Lodi, CA 95240
8932830 Darlene Langley 1646 W. Robinson #D Norman, OK 73069
8932831 Data Inovations 120 Kimball Ave, Ste 100 South Burlington, VT 05403
8932832 Dave Kiffer 12902 E Santiago Dewey, AZ 86327
8932833 David Aspenson 20088 Wissler Ranch Rd Colorado Springs, CO 80908
8932834 David Fausz 440 Independence Station Road Independence, KY 41051
8932835 David Fornof 7647 E Olive Ann Lane Yuma, AZ 85365
8932836 David Haggett 961 W Wood Street Palatine, IL 60067
8932837 David J Wyatt MD PC 4199 Paces Ferry Rd Suite 200 Atlanta, GA 30339
8932838 David Short 343 Ridge Top Drive Rural Retreat, VA 24368
8932839 David Ziton 13300 E Via Linda Scottsdale, AZ 85259
8932840 Davis Plumbing Company, Inc. 5600 Cahaba Valley Road Birmingham, AL 35242
8932177 Davis, Sheila 328 Clubhouse Drive 2B Gulf Shores, AL 36542
8932178 Davis, Tyeasee Yvonne 129 Deer Park Dr Irondale, AL 35210−2640
8932841 Dawn Goodwin 130 Park Avenue, Suite 634 New York, NY 10169
8932842 Dayami Lopez 1801 Fayetteville Street The Brite Building, Room 1029 Durham, NC 27707
8932179 De La Mora, Jennifer Natalie 12989 Trail Hollow Dr Houston, TX 77079−3758
8932182 DeLapp, Michael P 3311 Wollochet Dr NW Gig Harbor, WA 98335−7685
8932844 Dean J. Mathewson 111 Crescent Road Fox River Grove, IL 60021
8932845 Dean M. Shetayh 283 Sawgrass Drive Allentown, PA 18104
8932846 Debbie Alley 493 Antique Alley Drive Clarkesville, GA 30523
8932847 Debbie Doscher 15935 Hiller Street West Palm Beach, FL 33414
8932848 Debbie Sharpe 4252 N Van Ness Boulevard Fresno, CA 93704
8932849 Deborah Belevan 70 Little W St. New York, NY 10004
8932851 Deborah Giese 910 Mahogany Run DR Katy, TX 77494
8932852 Debra Kinser 2334 Valrico Forest Drive Valrico, FL 33594
8932180 Dedmon, Brandy 4060 South Point Circle N Southside, AL 35907
8932853 Deepta Patel 1150 Rosecrans Street San Diego, CA 92106
8932854 Deidra Prestridge D. Prestridge & Associates, LL 3620 W. Maule Avenue Las Vegas, NV 89118−4514
8932181 Delaney, LaShundra 21478 Dequindre warren, MI 48091
8932855 Dell Marketing L.P. c/o Dell USA L.P. PO Box 534118 Atlanta, GA 30353−4118
8932856 Denise Guillen 57080 Arbor Clubway Boca Raton, FL 33433
8932857 Dennis William Casey Sunnyslope Consulting LLC 11261 Mirador Lane Fisher, IN 46037
8932184 Denson, Tamara Edith Denise 3474 Wildewood Dr Pelham, AL 35124−1445
8932858 Department of Labor & Industries P.O. Box 24106 Seattle, WA 98124−6524
8932859 Department of Labor & Ind. P.O. Box 24106 Seattle, WA 98124−6524
8932860 Desert Bloom Family Practice Amy Strocsher 1925 W Orange Grove, Ste. 201 Tucson, AZ 85704
8932861 Destiny Jazikoff 9 Ward Pl, South South Plainfield, NJ 07080
8932862 Dewayne Rogers 6789 Southern Trace Cir Leeds, AL 35094
8932863 Dewey Rose 811 Oak Fairway Court Maysville, KY 41056
8932864 Dharmendra Bhakta, MD 25258 N 74th Avenue Peoria, AZ 85383
8932186 DiPiazza, Candice 704 Doss Street Kimberly, AL 35091
8932867 Diamond Displays, Inc DBA ExpoDisplays and Method−1 3401 Mary Taylor Road Birmingham, AL 35235
8932868 Diane Bopp PO Box 44 Fish Camp, CA 93623
8932869 Diane Buchman 8653 Via Ancho Road Boca Raton, FL 33433
8932870 Diane Jones 1306 Madoc St. N.W. Palm Bay, FL 32907
8932871 Diane Poruchny 7571 Webster Road White House, TN 37188
8932872 Dianna Pickelman 1230 E Walnut #101 Seguin, TX 78155
8932185 Dickson, Madison James 6372 Ct Rd I Lena, WI 54139

8932873 Digi−Key 845727 Accounts Receivable P.O. Box 250 Thief River Falls, MN 56701−0250
8932874 Dina J. Mejia 12425 Kitty Lane Houston, TX 77015
8932875 Discovery Benefits Simplify P.O. Box 9528 Fargo, ND 58106−9528
8932876 Diversified Biotech 65 Commerce Way Dedham, MA 02026
8932877 Divine Touch Mobile Phlebotomy PO BOX 33101 Philadelphia, PA 19142
8932878 Divya Moledina 2506 Canon Perdido San Antonio, TX 78261
8932879 Dixon Hughes Goodman, LLP 2140 11th Avenue S., Ste. 400 Birmingham, AL 35205
8932880 Dixon Hughes PLLC P.O. Box 3049 Asheville, NC 28802−3049
8932187 Dobbs, Shelby 459 Cardinal Road Ringgold, GA 30736
8932883 DoctorDirectory.com, LLC Everyday Health, Inc. 345 Hudson St. 18th Floor New York, NY 10014
8932884 Doctors Administrative Solutio 1000 N. Ashley Drive Suite 300 Tampa, FL 33602
8932885 Domo, Inc. 772 East Utah Valley Drive American Fork, UT 84003
8932886 Don Junghans 16979 Robins Nest Way No 2 San Diego, CA 92127
8932887 Donald J Wells 987 Soda Park Drive Temperance, MI 48182
8932888 Donita Frink 4107 Manor House Drive Marietta, GA 30062
8932889 Donna Rena Watson 446 E Doyle Street Toccoa, GA 30577
8932890 Doris Cruce 3201 South 41st Street Fort Smith, AR 72903
8932891 Doris Dollison 6302 Lautree Houston, TX 77088
8932892 Doug Masters 1528 Moss Grove Ct Orange Park, FL 32065
8932893 Douglas Taylor 2003 Cowpen Landing Road Wilmington, NC 28401
8932894 Dr Eva−Marie Anderson dba Sage Wellness−Salisbury 820 Fleming Street, Suite 1 Hendersonville, NC 28791
8932898 Duane D Fairbotham 9968 Fenner Road Perry, MI 48872
8932899 Duke Energy P.O. Box 1004 Charlotte, NC 28201−1004
8932900 Dundee Plaza LLC P.O. Box 273760 Boca Raton, FL 33427−3760
8932901 Dustin Coyhis 1700 Marsh Hawk Circle Castle Rock, CO 80109
8932902 Dustin Singleton SG3 Singleton Group 3 4337 Vance Jackson Ste 201 San Antonio, TX 78230
8932188 Duty, Derek Michael 3713 NW 68Th St Oklahoma City, OK 73116−1814
8932903 Dwight Charlton P.O. Box 279 Selah, WA 98942
8932904 Dynex Technologies, Inc. 14340 Sully field Circle Chantilly, VA 20151−1621
8932189 Dzwik, Andrea Lynn 144 DREAMFIELD DR BATTLE CREEK, MI 49014
8932905 E−MDS, Inc P.O. Box 2889 500 W Whitestone #200 Cedar Park, TX 78630
8932924 EMD Millipore, Corp. 25760 Network Place Chicago, IL 60673
8932927 EPIGENTEK GROUP INC 110 Bi County Blvd. Suite 122 Farmingdale, NY 11735
8932906 Ean Services LLC Servicing National Car Rental PO Box 402334 Atlanta, GA 30384−2334
8932908 Eclipse Window Tinting, LLC 312 Meadow Park New Braunfels, TX 78130
8932190 Edmondson, Candice Shirlene 5170 Sardis Road Boaz, AL 35956
8932909 Edward C. Joseph, DDS 2701 West Alameda Avenue Suite 503 Burbank, CA 91505
8932910 Edward Gonzales PO Box 32 Adkins, TX 78101
8932911 Edward Hibbs 5636 Rockford Place Tulsa, OK 74105
8932912 Edward Whaley/ AL Pallets Alabama Pallets 9092 Parkway E. Unit 610821 Birmingham, AL 35261
8932191 Edwards, Jaenay 6133 crowne falls parkway hoover, AL 35244
8932913 Edwin Colon 921 Sonesta Avenue NE Unit 204 Palm Bay, FL 32905
8932922 ElSevier P.O. Box 7247−7684 Philadelphia, PA 19170−7684
8932095 Element Fleet P.O. Box 100363 Atlanta, GA 30384−0363
8932914 Elizabeth Hall 6054 W. Prentice Avenue Littleton, CO 80123
8932915 Elizabeth Huerta 3704 Deer Grass Circle El Paso, TX 79936
8932916 Elizabeth Newton 8326 Bryant Avenue Leeds, AL 35094
8932917 Elizabeth Winfield 466 W Scott Avenue Clovis, CA 93612
8932918 Elizabeth Yaak 1614 E 7th Street Apt. 114 Dumas, TX 79029
8932919 Elizabth Higgins PO Box 355 Umatilla, OR 97882
8932920 Elliot A. Brinton MD 420 Chipeta Way Ste. 1160 Salt Lake City, UT 84108
8932921 Ellkay LLC 259 Cedar Lane Teaneck, NJ 07666
8932923 Elvira Uldall 4250 North Bain Ave Fresno, CA 93722
8932925 Employment Screening Services Dept. K P.O. Box 830520 Birmingham, AL 35283
8932926 Enpart, LLC 1538 Oak Leaf Trail Birmingham, AL 35243
8932928 Epstein Becker & Green, P.C. 250 Park Avenue New York, NY 10177−1211
8932929 Eric Flemming 844 SW 8th Street Pendleton, OR 97801
8932930 Eric Kinkela 50737 Parsons Dr Shelby Township, MI 48318
8932192 Erickson, Christopher D. 16310 Bridgecrossing Drive LITHIA, FL 33547
8932931 Erika Kelly 5225 Pony Soldier Drive Colorado Springs, CO 80917
8932932 Erin Baxley 4135 Live Oak Lane Macclenny, FL 32063
8932933 Escambia County AL Comm Hosp dba Atmore Community Hosp Lab 401 Medical Park Dr. Atmore, AL 36502
8932934 Evelyn Petree 11502 Stonewall Jackson Drive Spotsylvania, VA 22553
8932935 Everstar Realty Inc. 1920 N Pittsburgh St. Suite A Kennewick, WA 99336
8932936 Evoqua Water Technologies LLC 4579−A NW 6th Street Gainesville, FL 32609
8932937 Exclaimer Ltd 445 Park Avenue, 9th Floor New York, NY 10022
8932938 Experient Inc 2500 Enterprise Parkway E. Twinsburg, OH 44087
8932957 FPL General Mail Facility Miami, FL 33188−0001
8932956 FPL Gerenral Mail Facility Miami, FL 33188−0001
8932939 Fabiola Abarca P.O. Box 81 Templeton, CA 93465
8932940 Fallbrook Finance First in Finance 6000 South Fashion Bld. 2 Fl Salt Lake City, UT 84107
8932193 Fancher, Marshida Monique 4857 Wood Springs Ln Hoover, AL 35226−4220
8932941 Fanny Zawadzki 10709 Santa Laguna Drive Boca Raton, FL 33428

8932194 Fansler, Brittany Gail 172 Po Box Florence, AZ 85132−3003
8932195 Farley, Parks 398 RAVINE ROAD BIRMINGHAM, AL 35210
8932196 Farmer, Joy R. 4124 THORNTON TOLEDO, OH 43612
8932942 Fast Signs 4224 N. Mesa Ste F El Paso, TX 79912
8932944 FedEx P.O. Box 660481 Dallas, TX 75266−0481
8932945 FedEx Office Customer Administrative Servic P.O. Box 672085 Dallas, TX 75267
8932943 Federal Sector−Civil Group P.O. Box 4603 Rensselaer, NY 12144
8932197 Felicetti, Christine Rita 4150 W Corona Dr Chandler, AZ 85226−7222
8932946 Felita Scott 50 Formby Drive Laurel, MS 39443
8932947 Felix Garcia 130 North Adams Drive Sarasota, FL 34236
8932948 Feliz Bannach 7865 Calle Oliva Carlsbad, CA 92009
8932198 Fennell, Terrence Patrick 611 Linda Ave El Paso, TX 79922−2018
8932949 Final Phase Cleaning Sara P. Kizer 1316 4th St. W. Palmetto, FL 34221
8932199 Fines, Lisa 600 Cory St Bessemer, AL 35020−8101
8932096 First American Equip. Finance 645 N. Michigan Avenue, Suite 800 Chicago, IL 60611
8932950 Fisher Healthcare Acct 534302−001 PO Box 404705 Atlanta, GA 30384−4705
8932200 Fisher−Clayton, Laneice 2204 Rushton Lane MOODY, AL 35004
8932201 Fleming, Patricia Ann 7716 Kennedy Blvd Apt 1H North Bergen, NJ 07047
8932951 Florida Eventions, Inc. Eventions of Florida 3210 S. Dale Mabry Hwy Tampa, FL 33629
8932952 Floumoy & Calhoun Floumoy & Calhoun Realtors P.O. Box 6607 Columbus, GA 31917−6607
8932202 Fluellen, Teleah Dione Davis 5831 Summer Place Pkwy Hoover, AL 35244−6006
8932953 Fluid Metering, Inc. 5 Aerial Way Suite 500 Syosset, NY 11791
8932954 Foliage Design System P.O. Box 36416 Birmingham, AL 35244
8932203 Ford, Sheila 1306 Smith St Brighton, AL 35020−1148
8932955 Fors Marsh Group LLC 1010 N. Glede Rd. Suite 510 Arlington, VA 22201
8932204 Foster, LeAnte M 848 Gaslight Terrace Apt H Birmingham, AL 35209
8932205 Fraas, Joseph Edward 426 Woodpecker Forest Ln Conroe, TX 77384−3757
8932960 Francine Polnett− Rogers 500 82nd Street S Apt. 313 Birmingham, AL 35206
8932206 Francis, Arleen F. 328 EAST 650 SOUTH LA PORTE, IN 46350
8932961 Francisco Diaz P.O. Box 510 Pirtleville, AZ 85626
8932962 Frank Spina 3007 Colorado Cove San Antonio, TX 78253
8932963 Fravert Services, Inc. 133 West Park Drive Birmingham, AL 35211
8932964 Fred Myers 346 Scotch Rose Lane Cibolo, TX 78108
8932965 Frederick Newton Jr 1413 Pinnacle View Dr NE Albuquerque, NM 87112
8932207 Freeman, Erica R. 11 Aspen Court Apt 128 Homewood, AL 35209
8932208 French, Kenneth 8544 SHADY TRAIL HELENA, AL 35022
8932966 Frontier PO Box 20550 Rochester, NY 14602−0550
8932968 GBF, Inc P.O. Box 16128 High Point, NC 27261
8933015 GULAB SHER 17913 BAHAMA ISLE DRIVE Tampa, FL 33647
8932209 Gallegos, Patricia 335 Willow Glen Dr Alabaster, AL 35007−7413
8932210 Gann, Denise Statham 31 HARDWOOD DRIVE ODENVILLE, AL 35120
8932211 Garner, Winifred Marie 4114 Viola Avenue SW BIRMINGHAM, AL 35221
8932967 Gary Pagan 4650 Mohawk Drive Larkspur, CO 80118
8932212 Gary, Charlene Anne 6943 Gayle Lyn Lane Colorado Springs, CO 80919−2524
8932213 Gaston, Christopher Everett 2058 E Pinedale Ave Fresno, CA 93720−0140
8932969 General Atomics Diazyme Laboratories Dept LA 23087 Pasadena, CA 91185−3087
8932970 Geneva Mock 6918 Parkhurst Houston, TX 77028
8932971 Georga Dunn 5170 Woodscape Dr SE Salem, OR 97306
8932972 George Cardoza 11741 Night Heron Drive Naples, FL 34119
8932973 George Edmondson− Seed Digital Seed Digital Media 6836 Abbey Trace Cottondale, AL 35453
8932974 George Hernandez 1780 Kettner Blvd. # 509 San Diego, CA 92101
8932975 Georgia Association of Physicians of Indian Heritage 1021 N Houston Rd. Warner Robins, GA 31093
8932976 Georgia Dept. Of Community Health 2 Peachtree Street, NW Atlanta, GA 30303−3159
8932977 Georgia Power 96 Annex Atlanta, GA 30396−0001
8932978 Georgia Power PO Box 173341 Denver, CO 80217−3341
8932979 Gerald Greer 52 chenal Circle Little Rock, AR 72223
8932980 Gerald Weldin 33 Layfield Street Richland, GA 31825
8932981 Gerald Woods 2605 N Hickory Street Sherman, TX 75092
8932214 Gibson, Christina L. 5008 Kincannon Dr Nashville, TN 37220−2002
8932215 Giles, Brittani S 5058 Patriot Dr Birmingham, AL 35235−1842
8932216 Giles−Moore, Kelly Ann 5808 Summitview Ave # 185A Yakima, WA 98908−3095
8932217 Gillespie, Robert E. 3509 BETHUNE DRIVE BIRMINGHAM, AL 35223
8932982 Gilpin Givhan, PC P.O. Box 4540 Montgomery, AL 36103−4540
8932983 Giovanni Auto Repair, Inc 155 West Main Street Branford, CT 06405
8932984 Girish Patel 4921 Blueffton Parkway 714 Bluffton, SC 29910
8932985 Gisele Bonham 6323 Ungerer St Jupiter, FL 33458
8932986 Giuseppe Acocella 26306 N 49th Lane Phoenix, AZ 85083
8932218 Givan, Tara 833 S University Blvd Apt 164 Mobile, AL 36609
8932987 Gladia Ricot 621 Stoneybrook Dr. Apt. #380 Corona, CA 92879
8932988 Glen Hataway P.O. Box 806 Sunray, TX 79086
8932989 Glen Ostberg 1711 Eagle Meadow San Antonio, TX 78248
8932990 Global Equipment Company PO BOX 905713 Charlotte, NC 28290
8932991 Gloede Neon Signs Ltd 97 N Clinton Street Poughkeepsie, NY 12601
8932992 Gloria J Thompson 934 S Hwy 16 Stanley, NC 28164
8932993 GlycoMark, Inc P.O. Box 1722 New York, NY 10150

8932994 Gold's Gym International 4001 Maple Avenue Suite 200 Dallas, TX 75219
8932995 Gone For Good 100 Olso Circle Birmingham, AL 35211
8932997 Goodwin Procter, LLP 620 Eighth Avenue New York, NY 10018
8932996 Goodwin Procter, LLP Exchange Place 53 State Street Boston, MA 02109
8933924 Goodwin Proctor LLP ATTN: Christopher Bordoni, Esq. 620 Eight Avenue New York, NY 10018
8932998 Gordon Construction Service 467 West Keats Fresno, CA 93704
8932999 Government of the District of Columbia, Office of Tax Revenue 1101 4th Street SW Washington, DC 20024
8933000 Graham and Company, Inc 110 Office Park Suite 200 Birmingham, AL 35223
8933001 Grainger Dept. 080−852176395 Palatine, IL 60038
8933002 Grand Stand Advanced Practice Nurse Association P.O. Box 3521 Pawleys Island, SC 29585
8933003 Grande Key Properties LLC 2811 Bay Side Drive New Smyrna Beach, FL 32169
8933004 Granite Diagnostic Laboratorie 2150 Alt 19 Ste A Palm Harbor, FL 34683
8932219 Gray, Coltia 1424.27TH STREET ENSLEY, AL 35218
8933005 Graybar Electric Company, Inc. P.O. Box 403052 Atlanta, GA 30384
8933006 Greenway Medical Technologies P.O. Box 932839 Atlanta, GA 31193−2839
8933007 Greg A. Chantler Greg A. Chantler Commercial 26628 Lore Heights, Ct Hemet, CA 92544
8933008 Gregory Anderson 9990 W Vassar Way Denver, CO 80227
8933009 Gregory S Cohn MD 7301−A W Palmetto Park RD Suite 202C Boca Raton, FL 33433
8933010 Gregory Swart Yakima Ave Medical Clinic 1111 West Yakima Avenue Yakima, WA 98902
8933011 Gregory Woodcock 2270 W Washington Road Ithaca, MI 48847
8932220 Gribble, Jasmine Marie 1821 E Covina St Apt 155 Mesa, AZ 85203−7534
8933012 Grifols Usa, LLC GUSA Corporate Office 2410 Lillyvale Avenue Los Angeles, CA 90032−3548
8932221 Groff, Armanda Michelle 1230 Westbrook Court Crown Point, IN 46307−3844
8933013 Growth Solutions, LLC 2471 Fawn Lake Circle Naperville, IL 60564
8933014 Guardian−Alternate Funded P.O. Box 824395 Philadelphia, PA 19182−4395
8933017 Gulf Power Company 141 NW 16th Street Pompano Beach, FL 33060−5250
8933016 Gulf Power Company P.O. Box 830660 Birmingham, AL 35283−0660
8932222 Gwin, Charles Beckham 24027 trowbridge ct Daphne, AL 36526
8933029 HCC Life Insurance Company 225 Town Park Drive Suite 350 Kennesaw, GA 30144
8933030 HDM Group, Inc. The Cleaning Authority 1409 Kingsley Avenue Orange Park, FL 32073
8933054 HMP Acquistion Holdings LLC NACCME LLC 104 Windsor Center Drive, Ste. A Hightstown, NJ 08520
8933057 HTA−Providence, LLC c/o Healthcare Trust of America 16435 North Scottsdale Road, Suite 320 Scottsdale, AZ 85254
8933018 Hale County Health Care Attn: Betty Grist 508 Greene St. Greensboro, AL 36744
8933019 Halfpenny Technologies, Inc. 960 Harvest Drive Bldg B, Suite 200 Blue Bell, PA 19422
8932223 Hamilton Anderson, Jovan Martha 4923 Scranton St Denver, CO 80239−4302
8932224 Hamilton, Gary S 3508 SOUTHVIEW DRIVE FT SMITH, AR 72903
8932225 Hamilton, Jenny Ann 211 S Stearns Rd Oakdale, CA 95361
8932226 Hamrick, Leona Trent 1615 Summit Way Dunedin, FL 34698−4752
8932227 Handy, Cheryl E. 128 ENGLEWOOD DRIVE FAIRFIELD, AL 35064
8933020 Haney Automotive Inc. Owens Collision & Service Ct 12525 Jefferson Hwy Baton Rouge, LA 70816
8933021 Hannah Pasillas Zapata 40342 Road 40 Dinuba, CA 93618
8932228 Harbin, Jeffrey C P O BOX152 300 FOOTHILL ROAD WINFIELD, AL 35594
8933022 Harbison Lock & Key 1704 28th Avenue S Birmingham, AL 35209
8932229 Hardrick, Shalisa Shonta 2005 School St Irondale, AL 35210−4384
8933023 Hardy Services PO Box 2046 Birmingham, AL 35201
8932230 Hardy, April 147 Ralph Hill Ln Adel, GA 31620−1729
8933024 Harenc Associates LLC 11165 Journal Parkway King George, VA 22485
8932231 Hargadon, Tamela 114 W Camino Rancho Quito Sahuarita, AZ 85629−8771
8933026 Harris Karatassos Carruba 936 Ryecroft Road Pelham, AL 35124
8932232 Harris Slaughter , Shana 1817 Shoal Run Trl BIRMINGHAM, AL 35242
8932233 Harris, Vicki S P O BOX 130906 BIRMINGHAM, AL 35213
8933027 Hassall & Lamb Enterprises LLC dba SignsNow&AllegraPrnting of Bradenton 4230 26th Street W Bradenton, FL 34205
8932234 Hassebrook, Cody David 555 south tuttle ave sarasota, FL 34237
8932235 Hawaii Department of Taxation P.O. Box 1530 Honolulu, HI 96806−1530
8932236 Hawkins, Candice Smith 604 Pride Way SW Birmingham, AL 35211−8050
8933028 Hayley Roberson 5121 Weatherford Dr Birmingham, AL 35242
8933031 Health Care Partners 19191 S Vermont Ave Ste #200 Torrance, CA 90502
8933032 Health Fusion, Inc. 100 North Rios Avenue Solana Beach, CA 92075
8933034 HealthCo Information Systems 7657 SW Mohawk St Tualatin, OR 97062
8933033 Healthchek 2141 US Route 41 Schererville, IN 46375
8933035 Healthscope 27 Corporate Hill Dr. Little Rock, AR 72205
8933036 Heartland Health & Wellness 7250 Poe Avenue, Suite 300 Dayton, OH 45414
8933037 Heather Blauweiss 2200 Widener Terr West Palm Beach, FL 33414
8933038 Heather Fair Coastal Interiors by Williams 239 Canal Street New Smyrna Beach, FL 32168
8933039 Heather K Hodges 359 Douglas Bam Rd, Apt 1 Kodak, TN 37764
8933040 Hector Altamirano 6626 Barker Bend Lane Katy, TX 77449
8933041 Helen Cook 880 Wolf Creek Rd. Pell City, AL 35128
8933042 Hello Health Inc. 10 Morton Street New York, NY 10014
8933043 Hempfield Township 1132 Woodward Dr. Suite A Greensburg, PA 15601
8932237 Henderson, Kimberly N. 1817 HOLBROOK AVENUE BESSEMER, AL 35020
8932238 Henderson, Lee A. 1783 NAPIER DRIVE HOOVER, AL 35226

8932239 Henderson, Markco Raeshaun 4613 13Th Ave N Birmingham, AL 35212−1300
8933044 Henrietta Pena 17320 E Melody Drive Gilbert, AZ 85234
8933045 Henry Co. Medical Center Ronald M. Koff, M.D. P.O. Box 189 New Castle, KY 40050
8933046 Henry John Brown 7 Church Street Hopewell Junction, NY 12533
8933047 Henry Schein Medical Systems 760 Boardman−Canfield Road Youngstown, OH 44512
8932240 Henry, Lorna Lorrayne 13762 w. 176th ave. Lowell, IN 46356
8933048 Herbert Martenson 6415 21st Avenue West Apt C101 Bradenton, FL 34209
8933049 Herstine Shaw 2120 Argyle Way Gadsden, AL 35904
8932241 Hester, Darrell 1717 WENDY CIRCLE BIRMINGHAM, AL 35235
8933053 HiTouch Business Services, LLC dba MyOfficeProducts, LLC P.O. Box 306012 Nashville, TN 37230−6012
8933050 Higdon Paper & Packaging P.O. Box 1865 Pelham, AL 35124
8932097 High Bridge Group, LLC P.O. Box 130507 Birmingham, AL 35213
8933051 Hilton Orlando Lake Buena Vist 1751 Hotel Plaza Boulevard Orlando, FL 32820
8933052 Hilton Seattle Airport LLC Melanie Jondrow 17620 International Blvd Seattle, WA 98188
8932242 Hines, Carolita 3821−3rd Avenue South Apt. 4 Birmingham, AL 35222
8932243 Hodge, Kristi Shivonne 1116 Lay Dr Birmingham, AL 35215−6980
8932244 Holder, Dennis W. 2850 venice road apt 9302 BIRMINGHAM, AL 35211
8932245 Hollingsworth, Ann Marie 2707 County Hwy 47 Blountsville, AL 35031
8932246 Holmes, Latasha S. P.O. Box 2920 Birmingham, AL 35202
8932247 Holsonback, Ashley Elizabeth 244 Hidden Creek Parkway Pelham, AL 35124
8933055 Holt AV 401 South 28th Street Birmingham, AL 35223
8932248 Hooks, Keysha 1537 CHENAULT ST BIRMINGHAM, AL 35214
8932249 Horne, William A. 169 ADDISON DRIVE CALERA, AL 35040
8933056 Hosts Destination Services 7475 Wisconsin Avenue Suite 550 Bethesda, MD 20814
8932250 Hric, Les 288 STONECLIFFE AISLE IRVINE, CA 92603
8932251 Hsieh, Anita Dawn 8931 Litzsinger Rd Brentwood, MO 63144−2223
8932252 Hudson, Charlyn 1213 CALLE DEL SOL NE ALBUQUERQUE, NM 87106
8932253 Hudson, Courtney DeeAnn 345 Maple Valley Circle Blountsville, AL 35031
8933058 Human Resource Management, Inc 1950 Stonegate Drive Suite 300 Birmingham, AL 35242
8932254 Humphries, Heather Marie 720 W 54Th St Anniston, AL 36206−1421
8933059 Huntsworth Health Corporation d/b/a Tonic Life Communication One South Broad Street, 12th Floor Philadelphia, PA 19107
8933062 IMS Health, Inc. po box 8500−4290 Philadelphia, PA 19178−4290
8933077 ITAC Solutions, Inc P.O. Box 935 Birmingham, AL 35201
8933060 Ian Brocklehurst 55 Sycamore Rd. Jeffersonville, IN 47130
8933061 Ida Barati 2998 Tall Timber Drive Milford, MI 48380
8933063 Index Health and science, LLC 619 Oak Street Oak Harbor, WA 98277
8933064 Inetico 110 Havergill Road Bldg B, Ste 294 Amesbury, MA 01913
8933065 Ingenis, Inc DBA Optuminsigh 2771 Momentum Place Chicago, IL 60689−5327
8933066 Inova Health System 8110 Gatehouse Rd 500W Falls Church, VA 22042
8933067 Integrated DNA Technologies, I 25104 Network Place Chicago, IL 60673−1251
8933068 Interfaceware Inc. 672 Dupont Street Suite 505 Toronto, ON
8932255 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101−7346
8933069 International Wine&Craft Beer 301 Snow Drive Birmingham, AL 35209−6305
8933071 Inventiv Communications Inc GSW Worldwide 500 Atrium Drive Somerset, NJ 08873
8933073 IpSwitch. Inc. 83 Hartwell Avenue Lexington, MA 02421
8933072 IpatientCare Inc. Medical Communications Systems One Woodbridge Center, /ste, 812 Woodbridge, NJ 07095
8933074 Iron Mountain Off−Site Data Protection P.O. Box 27128 New York, NY 10087−7128
8933075 Iryma Ames 750 Swift Boulevard, Suite 1 Richland, WA 99352
8933076 Island Hospitality Services LLC, Island Partner Hawaii 615 Piikoi St., Suite 1000 Honolulu, HI 96814
8932256 Ivey, Albert Wilson 5000 CLAIRMONT AVE S BIRMINGHAM, AL 35222
8932257 Ivy, Karen Renee 660 VALLEY CREST DRIVE APT G−115 BIRMINGHAM, AL 35215
8933078 J. T. Smallwood, Tax Collector Room 160 Courthouse 716Richard ArringtonJr Blvd N Birmingham, AL 35203
8933079 J.E.T. Electric 6633 Hartland St. Fort Myers, FL 33966
8933110 JEA P.O. Box 45047 Jacksonville, FL 32232−5047
8933080 Jack Mitchell 3500 Kennebec Street Northport, AL 35473
8933081 Jackson Key and Associates 216−C St. Michael Street Mobile, AL 36602
8932258 Jackson, Tavish 100 VILLAGE CIRCLE BOX 73 BIRMINGHAM, AL 35036
8932259 Jackson, William C 241 CRAWFORD DRIVE SPRINGVILLE, AL 35146
8933082 Jadyn Asay 1098 Otis Road Jacksonville, FL 32220
8932260 Jafarzadeh, Rebecca 1148 HICKORY DRIVE MORRIS, AL 35116
8933083 James Boneright 3532 Raftwood Drive Commerce Township, MI 48382
8933084 James Collingwood 403 Eastwood Court Valparaiso, IN 46383
8933085 James Ford P.O. Box 244 Wiggins, MS 39577
8933086 James Lee 1054 Fants Grove Lane Fort Mills, SC 29707
8933087 James Lesniak 3322 W 78th Avenue Merrillville, IN 46410
8933088 James McClintic 8309 Blazyk Drive Austin, TX 78737
8933089 James Nguy 1633 Shadow Oaks Place Thousand Oaks, CA 91362−1926
8933090 James P Kump 7214 West Port Ct Midland, GA 31820
8933091 James Palmer 1550 Bluebell Avenue Boulder, CO 80302
8933092 James Ramos 4439 Bonita Wichita Falls, TX 76308
8933093 James Wagsland 31 Willow Oak Rd West Hilton Head Island, SC 29928
8933095 Jane Coppola P.O. Box 40582 Tucson, AZ 85717
8933096 Janell Lewis 1361 Forest Trails Drive Castle Rock, CO 80108

8933097 Janet M Rikard 162 CR 510 Moulton, AL 35650
8933098 Janet Reis 711 W Home Ave Selah, WA 98942
8933099 Janett Morgan 3016 LA Mirace Dr Fort Lauderdale, FL 33319
8933100 Janice Berry 221 Sweeney Road Fox, AR 72051
8933101 Janie M. Douglas 3808 11th Street East Bradenton, FL 34208
8933102 Jarrod Sells 103 Barnstable Road Perry, GA 31069
8933104 Jason Putman 3609 Oakdale Rd. Birmingham, AL 35223
8933105 Jay Clark 2159 Bordaux Ct Harrisburg, PA 17112
8933106 Jay Jones 500 Arelia Drive Warner Robins, GA 31088
8933107 Jay Marcus 320 Seabreeze Avenue Palm Beach, FL 33480
8933108 Jaye Williams 1555 Norwick Drive Lutz, FL 33559
8933109 Jayne Collins N 17143 Lily Lake Road Dunbar, WI 54119
8933111 Jeallean Smith 136 Overstreet Road Adel, GA 31620
8933112 Jean Grasso 10 Sun Air Blvd West Haines City, FL 33844
8933113 Jeanne Kahn 14680 Dehaven Ct Gaithersburg, MD 20878
8933114 Jeanne Lancaster 5085 W. Acoma St. Salt Lake City, UT 84120
8933115 Jeannette Sanchez 366 Coyote Trail Kouts, IN 46347
8933116 Jeff Salzman 4450 South Park Avenue #1508 Chevy Chase, MD 20815
8932261 Jefferson County Department Of Revenue 2121 8th Avenue N. Ste. 1701 Birmingham, AL 35203
8933117 Jeffrey Imber 22441 Califa St Woodland Hills, CA 91367
8933118 Jeffrey Unger, MD 1312 Carriage Trail Ct. Rancho Cucamonga, CA 91739
8933119 Jeffrey Worboys 5815 Steam Ridge Drive Charlotte, NC 28269
8933120 Jennifer Delamora 12989 Trail Hollow Houston, TX 77079
8933121 Jennifer Lawrence 5419 28th St. Lubbock, TX 79407
8933122 Jennifer Lopez 1350 West 1st Street West Palm Beach, FL 33404
8933123 Jennifer McCaffrety 22 Calle Castillo San Clemente, CA 92673
8933124 Jennifer Rosenberg 9409 Madewood Court West Palm Beach, FL 33411
8933126 Jeremy Hall 60 Honey Locust Circle Hilton Head Island, SC 29926
8933127 Jeremy Hoover 7868 Milliken Ave #464 Rancho Cucamonga, CA 91730
8933128 Jerill Thomas 5420 Alexander Avenue Tuscaloosa, AL 35406
8933129 Jerilyn Mills 11001 111th Street Largo, FL 33778
8933130 Jesse Prather 637 W Gary Drive Chandler, AZ 85225
8933131 Jesse White Secretary of State Department of Business Svc. 501 S 2nd Street Springfield, IL 62756−5510
8933132 Jessica A Fuentes 16218 Kintyre Point Road Houston, TX 77095
8933133 Jessica Ann Supnet 34573 Winslow Terrace Fremont, CA 94555
8933134 Jessica Cordova 4737 Ambassador El Paso, TX 79924
8933135 Jessica Izazzaga 825 3rd Street Modesto, CA 95351
8933136 Jetscape Signarama, Inc. 7181 College Pkwy, Ste 18 Fort Myers, FL 33907
8933137 Jim Nadal 3345 Red Mountain Hts Drive Fallbrook, CA 92028
8933138 Joan G. Harmon 1506 Bent River Circle Birmingham, AL 35216
8933139 Joan V Appleford 24821 LaPlata Drive Laguna Niguel, CA 92677
8933141 Joe Fraas 426 Woodpecker Forest Lane Conroe, TX 77384
8933142 Joel Martinez Lopez 120 N Hamilton PL Chandler, AZ 85225
8933143 Joel Slager 6307 Ravine Road Kalamazoo, MI 49009
8933144 Joelita Teran 5122 Markwood Lane Houston, TX 77053
8933145 John Bentes 8409 Century Drive West Des Moines, IA 50266
8933146 John Candelaria 4800 Brenda St NE Albuquerque, NM 87109
8933147 John Ed Chambers Memorial Hosp P.O. Box 639 Danville, AR 72833
8933148 John Farabaugh 131 Stillwater Ct Hebron, IN 46341
8933149 John Hink 888 E. Las Olas Blvd Suite 704 Fort Lauderdale, FL 33301
8933150 John Kerr 24 Pine Island Rd Hilton Head Island, SC 29928
8933151 John M. Wicker, P.A. Castello, Royston & Wicker, P O Box 60205 Fort Myers, FL 33906
8933152 John Munns 941 Orange Avenue #112 Coronado, CA 92118
8933153 John R. Nelson M.D., Inc. 7061 N. Whitney Suite #101 Fresno, CA 93720
8933154 John Rodarte 119 Sawday Street Ramona, CA 92065
8933155 John Snyder 1080 East Main Street Roaring Spring, PA 16673
8933156 John T Chatham 5455 Brick Church Pk Goodlettsville, TN 37072
8933157 John Tomasso 7795 Camino Glorita San Diego, CA 92122
8933158 John Underwood Underwood Service Enterprises 3010 Stanford Road Panama City, FL 32405
8933159 John Wells 240 Pleasant Springs Rd Monticello, AR 71655
8932262 Johnson, Jamison 8609 E Vista Dr Scottsdale, AZ 85250−7443
8932263 Johnson, Sabrina 2165 Circle Drive Birmingham, AL 35214
8932264 Johnson, Shonda 1109 LINWOOD STREET BIRMINGHAM, AL 35215
8933160 Jonathan Tyner 1100 Silverton Midland, TX 79705
8932265 Jones, Amanda May 520 Coosa Rd. Boaz, AL 35956
8932266 Jones, Ramona Ann 1502 Hwy. 258 N. Kinston, NC 28504
8933162 Jordan Springwater 20884 Justin Dr. Springdale, AR 72764
8933163 Jorge Alderte 181 Kepps Road Pasco, WA 99301
8933164 Jose M Lopez 2903 S F Street Rogers, AR 72758
8933165 Jose Romo PO Box 135 Pirtleville, AZ 85626
8933166 Joseph Gawor 953 Chippewa Drive Crown Point, IN 46307
8933167 Joseph W Kane 8621 Brittania Dr Fort Myers, FL 33912
8933168 Joshua Saunders 110 Stoneridge Way Fayetteville, GA 30215
8933169 Joshua Walker 6913 Huntfield Drive Charlotte, NC 28270
8932267 Jowers, Audrey Dorroh 308 WINDSOR DRIVE BIRMINGHAM, AL 35209

8933170 Joy Morris 130 Grove Lane South Hendersonville, TN 37075
8933172 Juan Lewis J's Pallet Service 337 39th Avenue NE Birmingham, AL 35215
8933173 Juana Isaac 6100 Pretige Valley Drive Morrow, GA 30260
8933174 Judit Janosi 14472 Dunstable Drive Utica, MI 48315
8933175 Judith Armstrong 12160 Watalula Road Ozark, AR 72949
8933176 Judith Boling 1341 Middle Gulf Drive Unit 108 Sanibel, FL 33957
8933177 Judith Follis 9114 Meriweather NE Albuquerque, NM 87109
8933178 Judith J. Jagsich 23903 59th PL W Mountlake Terrace, WA 98043
8933179 Judith Nelson 2766 Hampton Circle North Delray Beach, FL 33445
8933180 Judy Fukuda 17044 Los Angeles Street Yorba Linda, CA 92886
8933181 Judy K Bell 1002 Bacon Ave Portage, MI 49002
8933182 Julabo USA, Inc. 884 Marcon Blvd. Allentown, PA 18109
8933183 Julianna Flores 3333 West Thunderbird Rd Unit 1140 Phoenix, AZ 85053
8933184 Julie Mette 12723 N Rangpur Dr Marana, AZ 85653
8933185 Jupiter Medical Center 1210 South Old Dixie Highway Jupiter, FL 33458
8933235 KNF Neuberger, Inc. P.O. Box 8500 (S−41995) Philadelphia, PA 19178
8933186 Kalux Reality Corp 87 East Dorsey Lane Poughkeepsie, NY 12601
8933187 Kandy Glenn 9423 Lark Bunting Drive Tampa, FL 33647
8933188 Karen Blaine P.O. Box 363 Wilmington, MA 01887
8933189 Karen Hoffman 6305 Firestar Lane Colorado Springs, CO 80918
8933190 Karen Horstmeyer 1716 Cunningham Ct Bedford, TX 76021
8933191 Karen Imhoff 1877 Orchard Hill Milford, MI 48380
8933192 Karen Martinez 5209 Molokai Ave NE Albuquerque, NM 87111
8933193 Karen S Milam 3218 South 41st St Fort Smith, AR 72903
8933194 Karen Woodring 345 Gwyn Ave Elkin, NC 28621
8933195 Karl Clow 517 Meadstown Road Elizabeth City, NC 27909
8933196 Karl Plenge 852 SW Alamo Drive Lake City, FL 32025
8933197 Karla Jimenez 87711 London Heights San Antonio, TX 78254
8933198 Karyn Love 7106 Ramsgate Road Charlotte, NC 28270
8933199 Katharine Loco P.O. Box 37426 Albuquerque, NM 87176
8933200 Katherine Johnson 519 Archer Mill Road Concord, VA 24538
8933201 Katherine L Carlisle Carlisle & Co LLC P.O. Box 361167 Birmingham, AL 35236
8933202 Katherine L. Archer 722 Tree Top Trail Charlotte, MI 48813
8933203 Kathleen Duffy 4452 Willow Tree Ln King George, VA 22485
8933204 Kathleen Quintin 5906 Skimmer Point Blvd S Saint Petersburg, FL 33707
8933205 Kathleen Rathbun−Duncan 788 Whippoorwill Way West Palm Beach, FL 33411
8933206 Kathleen Roig 482 Roxbury Rd. Valparaiso, IN 46385
8933207 Kathryn A Duncharme 2020 North Road Mount Vernon, ME 04352
8933208 Kay Haas 13771 Winslow Avenue Northport, AL 35475
8933209 Kayla Clark 1813 Mayo Road Ville Platte, LA 70586
8932268 Kazar, Tiffany Lynn 658 Sunflower Dr Rio Rancho, NM 87124
8933210 Keith Bell 233 S 90th St Mesa, AZ 85208
8933211 Keith Harrell 6480 North Sixth Avenue Fresno, CA 93710
8933212 Keith Wills 1340 Autumn Ridge Drive Columbus, GA 31904
8933213 Kekst and Company Inc. PO Box 3359 Carol Stream, IL 60132−3359
8933214 Kelley L. Garrett dba Kelley's Decorating P.O. 310 Pulaski, TN 38478
8933215 Kelly Giles−Moore 2350 Cook Rd Yakima, WA 98908
8933216 Kelly Miner 2919 Old Wagoon Rd Piedmont, OK 73078
8933217 Kelly Quirk 4727 E Warner Rd Apt 1034 Phoenix, AZ 85044
8933218 Kelly Services, Inc. PO Box 31001−0422 Pasadena, CA 91110−0422
8932269 Kemp, Donald Brittain 7217 Willow Oak Drive Columbus, GA 31909
8933220 Kennedy Information, LLC 1801 S Bell Street Arlington, VA 22202
8933222 Keri Mangold 13640 Troia Drive Estero, FL 33928
8933223 Kerrie Faulkner 125 Wild Ivy Ln Maylene, AL 35114−7011
8933224 Kevin Clagett 211 Hartwood Ct Sugar Land, TX 77479
8933225 Kevin Heins 1526 Rochingham Drive Rochester, MI 48309
8933226 Kevin McGrath 8855 Railwood Drive Newport, MI 48166
8933227 Keyence Corp. of America Department CH17128 Palatine, IL 60055
8933228 Kimberly Adam 7628 Regina Dr. Fort Wayne, IN 46815
8933229 Kimberly Davis 29523 Lashell St Lake Elsinore, CA 92530
8933230 Kimberly E Wilson 11107 Telmar Drive Northport, AL 35475
8933231 Kimberly Turner 24 Woodland Way Kingsland, GA 31548
8932270 King, Cynthia Lynn 3120 S Winchester Acres Rd Louisville, KY 40223−1600
8932271 King, Roy Michael 1560 Camden Ave Hoover, AL 35226−3209
8932272 King, Steven Douglas 2528 Pocahontas Pl Saint Louis, MO 63144−2108
8933232 Kirk McDonald 3119 McDow Avenue Huntsville, AL 00035−8156
8933234 Klinton Graff 2285 Oak Circle Dr. Conroe, TX 77301
8932273 Knapp, Craig 1857 WEST POINT DR CARLSBAD, CA 92008
8933236 Knight's Carpets & Interiors Inc 1649 Ramada Drive Paso Robles, CA 93446
8932274 Kobilis, Shaunna Lee 2627 Bridgeton Dr Hudson, OH 44236−1564
8933238 Kourtney Favier 470 All Sky Drive Colorado Springs, CO 80921
8933239 Kris Elfers 210 N High Street Mayville, WI 53050
8933240 Kristen A Constant 6804 Hildegarde Drive NE Albuquerque, NM 87109
8933241 Kristen Burgert 37480 Kenington Drive Corona, CA 92883
8933242 Kristen Burgert 37480 Kenington Dr Corona, CA 92883
8932275 Kulkarni, Krishnaji 3016 ENG OAKS CIR BIRMINGHAM, AL 35226
8933245 Kumudu C. Madduma−Liyanage 5100 Colony Park Dr. Birmingham, AL 35243
8933247 Kyle Hunter 1165 East Wimpole Avenue Gilbert, AZ 85297

8933249 Kyle Thomas 2338 Rosal Lane Spring Valley, CA 91977
8933250 L. Peter Smith 551 E. Prospect Avenue Lake Bluff, IL 60044
8933287 LIN Software, LLC 221 Kenyon St NW, Ste 202 Olympia, WA 98502
8933303 LL Labs/ Laurie Ocuna LL Labs, Inc. 111 11th Street Redlands, CA 92374
8933304 LMG Technical Service P.O. Box 770429 Orlando, FL 32877
8933305 LMG, LLC 2350 Investors Row Orlando, FL 32837
8933251 Lab Logistics, LLC 30 Railroad Avenue West Haven, CT 06516
8933252 LabChem, Inc. Jackson's Pointe Commerce Pk, Bldg 1000 1010 Jackson's Pointe Court Zelienople, PA 16063
8933253 Laboratory Corporation of America P.O. Box 2280 Burlington, NC 27216
8933254 Labsco PO Box 670269 Dallas, TX 75267−0269
8933255 Labsoft 2202 N/ West shore Ste. 115 Tampa, FL 33607
8932276 Lacey, Benita Blaylock 2113 3RD ST NW BIRMINGHAM, AL 35215
8933256 Lakshmi Tummala 12616 Tribunal Lane Potomac, MD 20854
8933257 Landmark Commercial Realty Inc 20 Erford Rd Ste 215 Lemoyne, PA 17043
8933258 Laredo Shannon 1461 FM 94 Childress, TX 79201
8933259 Larry Cunningham 3131 Alameda Avenue Unit 1005 Denver, CO 80209
8933260 Lashawn Robinson 438 Madison Avenue Calumet City, IL 60409
8933261 Latasha GHolston 7183 Ivy Crossing Lane Boynton Beach, FL 33436
8933262 Lativa Napier 12070 Monter Dr. Bridgeton, MO 63044
8933263 Laura Clary 1815 Treasure Lake Du Bois, PA 15801
8933264 Laura Kirk 629 Post Oak Drive Dripping Springs, TX 78620
8933265 Laura Louviere 8311 Timber Grand San Antonio, TX 78250
8933266 Laura Roman 3035 Port Royal Drive Orlando, FL 32827
8933267 Laura Solis 6392 US Highway 221 N Crumpler, NC 28617
8933268 Laurelwood Industries Incorporated,,Automation GT 1939 Palomar Oaks Way, Ste. B Carlsbad, CA 92011
8932277 Lawrence, Erica Nicole 1018 Brook Highland Lane Birmingham, AL 35242
8932278 Lawrence, Royletta 6829−D GRASSELLI RD FAIRFIELD, AL 35064
8932279 Lawson, Melanie Elaine 144 Tannin Cir Jasper, AL 35501−8643
8933270 Leah Hunt 1600 West Hobbs Street Athens, AL 35611
8932280 Leal, Crise Esperanza 2001 Burke #77 Pasadena, TX 77502
8933271 Lee & Associates Arizona Commercial Real Estate Service 3200 E. Camelback Rd., Ste 100 Phoenix, AZ 85018
8933272 Lee & Associates Naples−Fl. Myers, LLC 6300 Techster Blvd. Suite 1 Fort Myers, FL 33966
8933273 Leeco Energy & Investments Inc 3501 Billy Hext Rd. Odessa, TX 79765
8933274 LegacyLab, Inc. 6700 Woodland Pkwy 230−124 The Woodlands, TX 77382
8932281 Legrand, Sandra 58 Pratt Rd Dora, AL 35062
8933275 Leigh S Rose 14103 Frank Lary Road Northport, AL 35475
8933276 Leon A Hamrick 1615 Summit Way Dunedin, FL 34698
8933277 Leon Kowalke 127 SW Twig Court Lake City, FL 32024
8933278 Leonard F Garcia 73 11 Vista Alegre NW Albuquerque, NM 87120
8933279 Leslie Vereeke 14951 Meddler Avenue Gowen, MI 49326
8933280 Letter Logic P.O. Box 41843 Nashville, TN 37204
8932282 Lewis, Tiffany Elizabeth 307 Kingsworth Ln SE Leland, NC 28451−8598
8933281 Libertha Smith 24306 Canyon Row San Antonio, TX 78260
8933282 Life Line Phlebotomy Services 10115 E Bell Rd. Ste 107 #439 Scottsdale, AZ 85260
8933283 Life Print P.O. Box 46770 Las Vegas, NV 89114
8933284 Life Print Hlt MCD P O Box 46770 Las Vegas, NV 89114
8933285 Life Technologies Corporation Accounts Receivable 12088 Collection Center Drive Chicago, IL 60693
8933286 Lifepoint Informatics 65 Harristown Rd.Suite 305 Glen Rock, NJ 07452
8933288 Lincoln International, LLC Attn: Mr. Joseph Radecki 500 West Madison St. Ste. 3900 Chicago, IL 60661
8933289 Linda Askwig 5012 San Adan Ave NW Albuquerque, NM 87120
8933290 Linda Chippendale 2336 SE Ocean Boulevard, 393 Stuart, FL 34996
8933291 Linda Dixon 1461 Camille Street Shreveport, LA 71108
8933292 Linda Kuretich 3152 Franklin Park Drive Sterling Heights, MI 48310
8933293 Linda Kynaston 2595 W Mystic Mt. Drive Tucson, AZ 85742
8933294 Linda Lewter 14021 Mariellen road Huntsville, AL 35803
8933296 Linda Sould 14843 N 55th Avenue Glendale, AZ 85306
8933297 Lipid Atherosclerosis Research Laboratory 3181 SW Sam Jackson Park Road Portland, OR 97238
8933298 Lisa Duncan 1909 Quaker Ridge Drive Green Cove Springs, FL 32043
8933299 Lisa Elea 12923 Brookcrest Place Riverview, FL
8933300 Lisa Streeter 651 S 250 w Midway, UT 84049
8932283 Litten, Paula Sue 2991 Ellis Rd Cedar Hill, TN 37032−5319
8933302 Little Rock Medical Associates IV, LLC, 500 South University Avenue Little Rock, AR 72205
8932284 Little, Douglas David 2870 RUSSELL MT GILEAD RD MERIDIAN, MS 39301
8933306 Locksmith Services 3590−B Hwy 31 South #113 Pelham, AL 35124
8933307 Lois O'Haire 1886 Ellenburg Road Quitman, GA 31643
8932285 Lopez, Lizbeth Antonia 6268 E 44th Pl Yuma, AZ 85365
8933308 Lordes Loera 5243 Ledgewood Road South Gate, CA 90280
8933309 Lori Duffy 78650 Ave 42 #702 Indio, CA 92203
8933310 Lori Treganza 7861 W Glasgow Place Littleton, CO 80128
8933311 Lorna Henry 13762 W 176th Avenue Lowell, IN 46356
8933312 Los Angeles Co. Tax Collector P.O. Box 54888 Los Angeles, CA 90054

8932286 Lott, Patricia 5829 Lakeview Cir Birmingham, AL 35210
8932287 Lowery, Heather 160 Alexander Rd Dubach, LA 71235−3167
8933313 Luke Bernard 1874 Castle Woods Drive Clearwater, FL 33759
8933314 Lydia Ann Perillo 550 East Timberlake Drive Mary Esther, FL 32569
8933315 Lynn Mussatt 2213 Loreine's Landing Court Richmond, VA 23233
8933316 Lynne Waldron 183 Palmer Road Demorest, GA 30535
8933369 MBL International Corp 15A Constitution Way Woburn, MA 01801
8932099 MCF CLO I LLC c/o Madison Capital Funding, LLC 30 South Waker Drive, Ste. 3700 Chicago, IL 60606
8932100 MCF CLO II LLC c/o Madison Capital Funding, LLC 30 South Wacker Drive, Ste. 3700 Chicago, IL 60606
8932101 MCFO IV LLC c/o Madison Capital Funding, LLC 30 South Wacker Drive, Ste. 3700 Chicago, IL 60606
8933371 MCI−OPCO 175 N Patrick Blvd. Suite 180 Brookfield, WI 53045
8933373 MD On−Line Solutions, Inc 6 Century Drive Parsippany, NJ 07054
8933374 MDLand International Corp 15 E 32nd Street, 2/F New York, NY 10016
8933418 MILE HIGH FAMILY MEDICINE 7444 W ALASKA DRIVE SUITE 200 Denver, CO 80226
8933427 MM of the Hudson Valley Inc dba Merrymaids 182 Old Rt. 9, Suite 1 Fishkill, NY 12524
8933435 MPT Services, LLC 2417 Hayden Street Amarillo, TX 79109
8933436 MSDSOnline Inc. 350 North Orleans Suite 950 Chicago, IL 60654
8933317 Mable Roberts 1117 Windsor Circle Lyles, TN 37098
8933318 MacPractice, Inc 233 N 28th Street, Suite 300 Lincoln, NE 68508
8932288 Macijewski, Kelli Michele 12113 memory ln Huntersville, NC 28078
8932098 Madison Capital Funding LLC 30 South Wacker Drive, Ste. 3700 Chicago, IL 60606
8933319 Maggie Phillips 4440 Pecan St. Fayetteville, AR 72704
8933320 Mail Finance, Inc. dba Neopost Leasing 25881 Network Place Chicago, IL 60673−1258
8933321 Maine Standards Company, LLC 221 US Route 1 Cumberland Foreside, ME 04110
8933322 Maiorani Mitchell 1071 Port Malabar Blvd NE Suite 202 Palm Bay, FL 32905
8933323 Mamie Jacobsen 15185 S Via Lago Del Encanto Sahuarita, AZ 85629
8933324 Mandi Ellison 1740 Leisure Lane Yakima, WA 98901
8932289 Mangold, Keri Kathryn 20614 Torre Del Lago Street Estero, FL 33928
8933326 Marc Rickey 331 Cleveland St Ste 1603 Clearwater, FL 33755
8933327 Marcia Shanafelt 5768 Leisure S Drive SE Grand Rapids, MI 49548
8932290 Marcial, Lowell Alfred 1960 Vermont St Houston, TX 77019
8933328 Marcus Evans Inc 455 N. Cityfront Plaza Drive 9th Floor Chicago, IL 60611
8933329 Margaret Furman, M.D. 160 E. 65 Street Apt. 9F New York, NY 10065
8933330 Margaret Mangol 7348 Cedar Trace Drive Columbus, GA 31904
8933331 Margaret Wells P.O. Box 10128 Bradenton, FL 34282
8933332 Margie Shelton 503 Robert Michael Drive Jackson, MS 39208
8933333 Maria Arroyo 2948 Ashcroft Avenue Clovis, CA 93611
8933334 Maria Hardesty P.O. Box 511 Penitas, TX 78576
8933335 Maria Romero 1370 Kline Street Denver, CO 80215
8933336 Mariano Villareal 2019 W Adrin Way Santa Ana, CA 92704
8933338 Mark Alley 493 Antique Alley Drive Clarkesville, GA 30523
8933339 Mark Hudson 156 Buckhorn Rd Munford, AL 36268
8933340 Mark Koss 1722 Indianwood Lane Waukesha, WI 53186
8933341 Mark Telep 3 Mesa Del Sol Los Lunas, NM 87031
8933342 Markaye Gubenski 1036 Hastings Circle Birmingham, AL 35242
8933343 Markecia Kinds 5328 Maywood Ave Apt 4 Hammond, IN 46320
8933344 MarketLab, Inc 3027 Momentum Place Chicago, IL 60689−5330
8933345 Marla Truitt 3681 Whispering Trails Drive Hoffman Estates, IL 60192
8933347 Marlene Young 323 Old Wire Road Ruston, LA 71270
8933348 Marquitta Hunter 5959 Pinemont Drive Houston, TX 77092
8933349 Marshall Medical Center P.O. Box 872 Attn Fianance Dept Placerville, CA 95667
8932291 Martin, Brandy Marie 710 South Three Notch Street Andalusia, AL 36420
8932292 Martin, Robin Lynn 31065 Hwy 225 Apt 501 Spanish Fort, AL 36567−7814
8933350 Martinez Blanca P.O. Box 1013 Lake Placid, FL 33862
8932293 Martinez, Rebecca Adelina 1218 Pueblo Odessa, TX 79761
8933351 Martyn Griffin 1924 Shore Lane Myrtle Beach, SC 29575
8933352 Marvin Bridegam 4240 N ST Rd 109 Columbia City, IN 46725
8933353 Marvin Eason 3314 Larkwood Lane Sugar Land, TX 77479
8933354 Mary Carswell 12105 Stoney Spur San Antonio, TX 78247
8933355 Mary Foster 1419 Cataberry Rd Ozark, AR 72949
8933356 Mary Henderson 10 Prospect Avenue Apt 3 Van Buren, AR 72956
8933357 Mary Jo Butler 15377 Flower Gateway Parker, CO 80134
8933358 Mary Joseph P.O. Box 596 Grandy, NC 27939
8933359 Mary Richards 23790 Amber Wood Dr Splendora, TX 77372
8933360 MaryAnn Yang 134 Mcentire Ln SW Apt F14 Decatur, AL 35603
8933361 Massachusetts Convention Center Authority 415 Summer Street Boston, MA 02210
8933362 Matthew Jones 301 Pruit Road Apt 1524 Spring, TX 77380
8933363 Matthew Moore 701 Whiting Court San Diego, CA 92109
8933364 Matthew P Williams 2111 Starlite Field Drive Sugar Land, TX 77479
8933366 Maurizio Ferrara Ferrara Construction Services 1805 SW 47th Ter Cape Coral, FL 33914
8932294 Mayben, Phylis R. 99 CROCKER ROAD ODENVILLE, AL 35120
8933367 Maynard, Cooper and Gale, PC 1901 Sixth Avenue North 2400 Amsouth/Harbert Plaza Birmingham, AL 35203−2602
8933368 Mayo Medical Laboratories P.O. Box 9146 Minneapolis, MN 55480−9146
8932295 Mayo, Chiquita Renee 11286 Willesdon Dr S Jacksonville, FL 32246−0531

8932296 McClintic, James 8309 Blazyk Dr Austin, TX 78737−3515
8932297 McCoy, LaShawne Renee 1405 Carol Cir Midfield, AL 35228−3136
8932298 McDaniels, Heather Lynn 1813 W Straford Dr Chandler, AZ 85224−1217
8933370 McDermott Will & Emery LLP 500 North Capitol Street, N.W. Washington, DC 20001
8932299 McDonald, Brian 300 Daisy Ln Birmingham, AL 35214
8932300 McElrath, Cicely D. 6306 Colony Park Drive BIRMINGHAM, AL 35243
8932301 McFarland, Thelma Jewel Po Box 190381 Birmingham, AL 35219−0381
8933372 McKesson Technologies Inc. 5995 Windward Parkway Alpharetta, GA 30005
8932302 McLarty, Jennifer L 3413 Rock Ridge Cir Irondale, AL 35210−3710
8932303 McMath, Breana Genita 101 Leaf Lake Blvd Apt 316 Birmingham, AL 35211−7253
8932304 McMillan−Seymour, Heather Lenea 3808 Moore Road Valdosta, GA 31605
8933375 Med Test DX, Inc. 5449 Research Drive Canton, MI 48188
8933376 MediaLab, Inc. 242 S Culver Street Suite 214 Lawrenceville, GA 30046
8933377 Medical Informatics Engineering Incorporated 6302 Constitution Drive Fort Wayne, IN 46804
8933378 Medical Mine Inc 4141 Hacienda Drive Pleasanton, CA 94588
8933379 Medical Office Buildings of Plantation L Attn: Asset Manager 3000 Meridian Boulevard, Suite 200 Franklin, TN 37067
8933380 Medifleet, Inc. 2251 Lynx Lane Suite 7 Orlando, FL 32804
8933381 Medvantech, LLC 10004 Wurzbach rd Num 253 San Antonio, TX 78230
8933382 Meka Family, LLC 15 Medical Park Valley, AL 36854
8933383 Melissa Fox Rones 1600 Wood Acne Lane Austin, TX 78733
8933384 Melissa Piette 4324 W 20th St., Apt. A204 Panama City, FL 32405
8933385 Melissa Richmond 3919 Bryce Road Nashville, TN 37211
8933387 Meltwater News US Inc. Dept LA 23721 Pasadena, CA 91185
8933388 Membrana−Charlotte A Division of Celgard LLC P.O. Box 742628 Atlanta, GA 30374−2628
8933389 Memorial Hermann Healthcare Sy P.O. Box 301208 Dallas, TX 75303−1208
8933390 Memorial Hospital Continuing Medical Education 1400 E. Boulder Colorado Springs, CO 80909
8933391 Mercy Medical Center Catholic Health Initiatives 1111 6th Avenue Des Moines, IA 50314
8933392 Metro Medical of Ft. Myers,LLC 13831 Metropolis Avenue Fort Myers, FL 33912
8933393 Metro Security Force Inc P.O. Box 1575 Gardendale, AL 35071
8933394 Metro Trailer Leasing, Inc. 100 Metro Parkway Pelham, AL 35124−1171
8933395 Mettler Toledo LLC PO Box 730867 Dallas, TX 75373−0867
8933396 Michael A. Ciampi, MD 380 Lincoln Street South Portland, ME 04106
8933397 Michael A. Caplan 4069 Keswick Drive Danville, VA 24540
8933398 Michael Cheatham 236 Bayberry Road Birmingham, AL 35214
8933399 Michael Cobble 9355 S. 1300 E. Sandy, UT 84094−3135
8933400 Michael D Deason P.O. Box 823 Dallas, NC 28034
8933401 Michael D. Tindell Sign Here 2754 Ramada Drive Paso Robles, CA 93446
8933402 Michael Davidson. MD,FACC Executive Med. Director 140 Belle Avenue Highland Park, IL 60035
8933403 Michael E. Morris/ Morris Sign Morris Signs & Design 1406 10th Avenue Columbus, GA 31901
8933404 Michael Isett 13726 Braemar Drive Dallas, TX 75234
8933405 Michael Lebens 265 Posada Lane Ste D Templeton, CA 93465
8933406 Michael Lefkove 126 Millpond Trace Eatonton, GA 31024
8933407 Michael Ponder Michael's Window Treatments 103 Harmony Crossing Ste. 3 Eatonton, GA 31024
8933408 Michael Webb Webb Maintenance 8000 Montgomery Blvd NE #301 Albuquerque, NM 87109
8933409 Michaele Foster 1443 S. Gibson Street Gilbert, AZ 85296
8933410 Michele I Jack 6963 SE Grant Street Port Orchard, WA 98366
8933411 Michele Menotti P.O. Box 241 Pecos, NM 87552
8933412 Michelle Phenicie 2343 S Tabor Way Denver, CO 80228
8932305 Michigan Department of Treasury P.O. Box 30774 Lansing, MI 48909−8274
8933413 Microsoft Licensing, GP P.O. Box 73843 Cleveland, OH 44193
8932306 Miersch, Roy Lawrence 16291 Countess Dr. #120 Huntington Beach, CA 92649
8933414 Mike Bagley 6535 Lundin Links Lane Charlotte, NC 28277
8933415 Mike Mullen Birmingham, AL 35211
8933416 Mike Sullivan 25675 Overlook Parkway #1704 San Antonio, TX 78260
8933417 Mildred Sisco 512 B Street Umatilla, OR 97882
8932307 Miller, Jennifer A. 19374 DEVONWOOD CIR FORT MYERS, FL 33967
8933419 Milta Espinoza 1108 Mill Creekway #2105 Fort Myers, FL 33913
8933420 Mind Savvy, LLC Attn: Todd Dorrough 5463 Dover Cliff Circle Birmingham, AL 35242
8932308 Minda, Scott 62504 MORNINGSIDE DR WASHINGTON, MI 48094
8932309 Minicucci, Hillary 11 Summit Ave Methuen, MA 01844−3127
8932310 Minnesota Revenue Mail Station 1765 Saint Paul, MN 55145−1765
8933421 Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. 701 Pennsylvania Ave., NW Washington, DC 20004
8933422 Mississippi Nurses Association 31 Woodgreen Place Madison, MS 39110
8933423 Mississippi Osteopathic Medical Association PO Box 16890 Jackson, MS 39236
8933424 Mississippi Physicians Care Network 408 West Parkway Place Ridgeland, MS 39157
8933425 Misty Oaks 27230 Liberty Heights Lane Fulshear, TX 77441
8933426 Mitcheal Thompson 307 Klickitat Street McNary, OR 97882
8932311 Mitsialis, Tina 14303 Vauxhall Dr Sterling Heights, MI 48313−2751
8933428 Mobile Mini, Inc. Attn: Payment Processing P.O. Box 7144 Pasadena, CA 91109−7144
8932312 Mobley, Burnita Yolandra 2349 7th PL NW APT. G Birmingham, AL 35215

8933429 Mohammad Alshamlan 1745 NW 4th Avenue; Apt 2 Boca Raton, FL 33432
8933430 Mohammad Asghar 1212 Baker Avenue Gwynn Oak, MD 21207
8933431 Monica D Scott 1708 Bayer Avenue Fort Wayne, IN 46805
8933432 Monica Kiburz 24408 Treasure Island Blvd Punta Gorda, FL 33955
8933433 Monica Rossi 214 Union Avenue Altoona, PA 16602
8933434 Montana Department of Revenue P.O. Box 6309 Helena, MT 59604−6309
8932313 Montana Department of Revenue P.O. Box 8021 Helena, MT 59604−8021
8932314 Morgan, Jonathon 2542 Old Rocky Ridge Rd BIRMINGHAM, AL 35216
8932315 Mullvain, Sandra Ellen PO Box 983 1209 NORTH MONTESANO ST, R3 Westport, WA 98595−0983
8933437 Murfee Meadows, Inc. 120 Office Park Drive Suite 100 Birmingham, AL 35223
8932316 Murphy, Bryan T. 1868 Parc Ridge Circle WARRIOR, AL 35180
8932317 Murray, Lekeitha 6262 Woodside Dr N Theodore, AL 36582−6064
8933462 NIC USA. Tennessee Division P.O. Box 504212 Saint Louis, MO 63150−4212
8933467 NIPSCO P. O. Box 13007 Merrillville, IN 46411−3007
8933470 NJDEP Bureau of Hazardous Waste P.O. Box 420 Trenton, NJ 08625
8933473 NOLHGA (payer Fusion) 52000 Blue Lagoon Dr #100 Miami, FL 33126
8932321 NYS Dept of Taxation & Finance Corp−V P.O. Box 15163 Albany, NY 12212−5163
8933438 Nader Mansouri 5008 Kathy Lynn Drive Norman, OK 73072
8933439 Nanci Gabay 4124 Bocaire Blvd Boca Raton, FL 33487
8933440 Nancy Benjume Gutierrez 5291 County Road 121 Fort Payne, AL 35968
8933441 Nancy Gaitan 374 1/2 East 52nd St. Los Angeles, CA 90011
8933442 Nancy Jackson 12408 Tularosa Trail NE Albuquerque, NM 87111
8933443 Nancy Wiles 9252 Street Rt. 353 Russellville, OH 45168
8933444 Naretta Cardosa 41000 16 Mile Rd Kent City, MI 49330
8933445 Narla Wills 103 Franklin Oxford, MS 38655
8933446 Natalie Reddington, DO,MPH 1816 Surrey Oaks Lane Birmingham, AL 35243
8933447 Nathan Hassebrook 4119 Duck Creekway Ellenton, FL 34222
8932318 Navarro, Melissa Dawn 7189 N. Cecelia Ave Fresno, CA 93722
8933448 Navicure, Inc. 2055 Sugarloaf Circle Ste. 600 Duluth, GA 30097−4363
8933449 Navigant 4511 Paysphere Circle Chicago, IL 60674
8933450 Nelson Diaz Diaz Home Services LLC 1144 Maplebrook Drive Lake Alfred, FL 33850
8933451 Nemak 2100 Old Sylacauga Highway Sylacauga, AL 35150
8933452 Neopost USA DBA Neopost Southeast 4913 W Laurel Street Tampa, FL 33607
8933453 New Jersey Department of Health and Senior Services P.O. Box 361 Trenton, NJ 08625−0361
8933454 New Latitude Moving Company 100 W Oxmoor Rd. Birmingham, AL 35209
8933455 New Mexico Gas Company PO Box 173341 Denver, CO 80217−3341
8933456 New View, Inc 184 Sarasota Center Blvd Sarasota, FL 34240
8933457 New York State Unemployment Insurance P.O. Box 4301 Binghamton, NY 13902−4301
8933458 New York State Dept. of Health c/o LC&Z, LLP 33 Centurty Hill Drive Latham, NY 12110
8933459 New York State Insurance Fund 15 Computer Drive West Albany, NY 12205
8933460 Nexsys Networks & Consulting 20809 Higgins Court Torrance, CA 90501
8933461 NextGen Healthcare Info. System, Inc. 795 Horsham Road Horsham, PA 19044
8933463 Nicholas Dugan 213 Woodstone Loop Cibolo, TX 78108
8933464 Nichole Dechow 3705 Lodge Drive Apt. D Birmingham, AL 35216
8933465 Nicolae Iordache 2319 Granada Ave Mobile, AL 36693
8933466 Nicole Leanna 4864 N. Recreation #A Fresno, CA 93726
8933468 Nitin Patel 2047 Hamilton Ave Jennings, FL 32053
8933469 Nix Cleaning Service Inc. 4111 W. Leonard Ct. Jacksonville, FL 32209
8932319 Nix, Shawna R. 383 Brown St ODENVILLE, AL 35120
8933472 Noboru Taniguchi 1166 Archer Way Campbell, CA 95008
8933471 Noboru Taniguchi 1166 Archer Way Campbell, CA 95008
8933474 Norma Lamb 248 Gorham Morenci, MI 49256
8933475 North Carolina Central attn: Undi Hoffler, Phd. 1801 Fayetteville Street Durham, NC 27707
8933476 Northwest Clinical Laboratory P.O. Box 330321 9709 3rd Ave. NE Ste. 503 Seattle, WA 98115
8933477 Northwest Naturopathic Physician's Assoc dba NW Naturopathic Convention 6712 Kimball Dr., Ste. 100 Gig Harbor, WA 98335−1220
8933478 Norton's Florist 401 22nd Street South Birmingham, AL 35233
8932320 Norville, Sharon 3122 W Lloyd St Pensacola, FL 32505
8933479 Nova Biostorage Plus LLC 1003 Ashwood Drive Canonsburg, PA 15317
8933480 Nurse Practitioner Alliance of Rhode Island 224 Cole Drive North Kingstown, RI 02852
8932322 O'Rourke, Sonya 6861 SANMOORE DRIVE PINSON, AL 35126
8933481 Oceris, Inc. 600 Blvd S. Suite 301 Huntsville, AL 35802
8932323 Ochs, Cheryl Lynn 16106 E Wigeon Place Parker, CO 80134
8933482 Ochsner Clinic Foundation P. O. Box 60981 Attn: Posting Dept. New Orleans, LA 70160
8933483 Oconee Custom Signs, Inc 819 Harmeny Rd. Suite 800 Eatonton, GA 31024
8933484 Office Court Development, LTD P.O. Box 6339 Santa Fe, NM 87502
8933485 Office Team/ A Robert Half Co. 12400 Collections Center Driv Chicago, IL 60693
8933486 Ohio Bureau of Workers Compensation P.O. Box 89492 Cleveland, OH 44101−6492
8933487 Oklahoma Tax Commission P.O. BOX 26920 Oklahoma City, OK 73126−0920
8932324 Olinger, Terra Christine 6317 Mountain Side Trail Pinson, AL 35126−2325
8933488 OpenDraw LLC Michael A Willoughby 1301 W 38th Street; Ste 108 Austin, TX 78705
8933489 Optuminsight, Inc. 13625 Technology Drive Eden Prairie, MN 55344
8933490 Oregon Department of Revenue P. O. Box 14780 Salem, OR 97309−0469
8933491 OriGene Technologies, Inc. 9620 Medical Center Drive Suite 200 Rockville, MD 20850
8933492 Origin Healthcare Solutions SSIMED, LLC P.O. Box 101 Windsor, CT 06095−0101

8933493 Oscar M. Aguilar, M.D. 101 Rim Road El Paso, TX 79902
8933494 Oscar's Janitorial & Sweeping Services LLC 2159 Denny Court Boca Raton, FL 33486
8932325 Osgood, Jennifer 402 6Th St Hayden, AL 35079−6211
8932326 Overstreet, Joanna Suzanne 604 South Branch Dr Saint Johns, FL 32259−5298
8932327 Owens, D'Wana La'Shun 512 Overhill Dr Pelham, AL 35124−1618
8933495 Oxford Realty Services Inc One Oxford Centre, Suite 400 Pittsburgh, PA 15219
8933496 Oxmoor Portfolio LLC. 2908 Bay to Bay Blvd. Suite 200 Tampa, FL 33629
8933497 P & J Janitorial, LLC P.O. Box 307 Lagrange, GA 30241
8933498 PA Dept of Health Bureau of Laboratories P.O. Box 500 Exton, PA 19341
8933552 PREMERA BCBS P. O. Box 33932 Seattle, WA 98133
8932328 Padhye, Sudhir Arvind 4931 Heatherdale Ln Dunwoody, GA 30360−1615
8933499 Palm Bay Utilities City of Palm Bay P.O. Box 30325 Tampa, FL 33630−3325
8932329 Palmer, Francis 6703 Carnation street apt.H Richmond, VA 23225−2322
8933500 Pam Bilek 41955 Calle Corriente Murrieta, CA 92562
8933501 Pam Kushner, MD 4225 Pine Avenue Long Beach, CA 90807
8933502 Pamela Hunt 609 Cook Rd Talbotton, GA 31827
8933503 Pamela Mcadam 111 Katie Lane Ruston, LA 71270
8933504 PangeaTwo 3595 Grandview Pkwy Suite 450 Birmingham, AL 35243
8933505 Paramedical Services 2120 So Waldron St; Ste 101A Fort Smith, AR 72903
8933506 Paramount Health PO Box 47975 Minneapolis, MN 55447
8932330 Parham, Angelia P. O. BOX 311 PLEASANT GROVE, AL 35127−0311
8932331 Parrish, Laura Ray 309 Cromwell Maylene, AL 35114
8933507 Patricia Dawn Bencze 115 County Rd. 1164 Cullman, AL 35057
8933508 Patricia Dougherty 6912 Cyoress Cove Circle Jupiter, FL 33458
8933509 Patricia Drinkwater 5459 Breckenridge Drive Meridian, MS 39301
8933510 Patricia Elliott 1017 Kellyn Lane Hendersonville, TN 37075
8933511 Patricia Harper 19251 Vintage Trace Circle Ft. Myers, FL 33967
8933512 Patricia Hickman 1501 N Pepper Street Burbank, CA 91505
8933513 Patricia J Lutz 1938 E Roundup Drive Dewey, AZ 86327
8933514 Patricia Lott 428 Montgomery Avenue Trussville, AL 35172
8933515 Patricia M. Glupker 2309 Raymond Ct. Richmond, VA 23228
8933516 Patricia Miller 2805 Arrohead Dr. NE Birmingham, AL 35213
8933517 Patricia Rossi 23571 Cowdon St Oak Park, MI 48237
8933518 Patricia Trebs 23599 Rangeline Rd Jerseyville, IL 62052
8933519 Patricia Van−Hole Witten 1411 E County Down Rd Chandler, AZ 85249
8933520 Patsy Simar 5113 Evangeline Hwy Basile, LA 70515
8933521 Paul Daniel Long Finished, LLC 440 Victoria Hills Drive Deland, FL 32724
8933522 Paul E. Ziajka, MD, PhD 2828 Casa Aloma Way #600 Winter Park, FL 32792
8933523 Paul J Baughman Baughman Family Medicine 2200 Dover Rd Harrisburg, PA 17112
8933524 Pauline's Phlebotomy Service 1721 Niclollett Avenue North Port, FL 34286
8933525 Peak−Ryzex 10330 Old Columbia Rd. Suite 200 Columbia, MD 21046
8933526 Pearson Partners Intern. Inc. 8080 N Central Expressway Suite 1200 Dallas, TX 75206
8933527 Pedro P. Ylisastigui, MD, P.A. 1150 Lee Blvd. Suite 4 Lehigh Acres, FL 33936
8933528 Peggy Helton 507 Ruffian Trail Corbin, KY 40701
8933529 Peggy Rhodes 506 Bruce Dumas, TX 79029
8932332 Penson, Alyssa Jill 8005 NW 110Th Dr Parkland, FL 33076−4726
8932333 Peoples, Arpeja Jovance 4851 HIGHLAND TRACE DR Birmingham, AL 35215
8933530 Pereless Systems (P3 Inc.) 151 Bodman Suite 301 Red Bank, NJ 07701
8932334 Perez, Maribel 3729 W Bloomfield Rd Phoenix, AZ 85029−2013
8933531 Permian Sign, Co Inc P.O. Box 60685 Midland, TX 79711
8933532 Perry Falk 6005 Camino DE LA Costa La Jolla, CA 92037
8933533 Pete Hayes 1725 Palma Plaza, Unit A Austin, TX 78703
8933534 Peter A. McCullough Premier Consulting & Advisory P.O. Box 1680 Huntsville, AL 35807
8933535 Peter H. Jones, M.D. 6565 Fannin, A601 Houston, TX 77030
8933536 Peter McCullough, MD Premier Advisory&Cons. Svc,LLC 3000 Blackburn #1902 Dallas, TX 75204
8933537 Peter P. Toth, M.D., Ph.D. 17719 Grandview Drive Sterling, IL 61081
8932335 Petties−Smith, Tiffany D. 6503 TREE XINGS PKWY BIRMINGHAM, AL 35244
8932336 Pharris, Kolette 3020.10TH AVENUE NO BESSEMER, AL 35020
8933538 Phillip Cropp 470 3rd Street SO Apt #320 Saint Petersburg, FL 33701
8933539 Phillip Johnson 102 Sumner Court Hendersonville, TN 37075
8932337 Phillips, Amber 111 County Road 1165 Cullman, AL 35057−0603
8932338 Phillips, Jan A 113 Victoria Stations Maylene, AL 35114
8932339 Phipps, Natalie Lorraine 1314 East Las Olas Blvd 912 Fort Lauderdale, FL 33301
8933540 Phlebotek Solutions Corporations 3841 N Andrews Avenue Fort Lauderdale, FL 33309
8933541 Phon Chuc 2471 Ocala Avenue San Jose, CA 95122
8933542 Phyllis Anderson 707 Valley View Rd Yakima, WA 98908
8933543 Physician Lab Systems LLC Jon T. Sanford 1601 E. Michigan Ave Lansing, MI 48912
8933544 Physician Laboratory Systems, Detroit Bio Medical Laboratory 1601 E Michigan Avenue Lansing, MI 48912
8933545 Pinky Prewitt 5673 Godfrey Road Gadsden, AL 35903
8933546 Plain Language Media, LLC 15 Shaw Street New London, CT 06320
8933547 Plundo Real Estate Partnership 518 Pellis Road Greensburg, PA 15601
8932340 Pomeroy, Patricia Darlene 103 Pennbrooke Loop Foley, AL 36535
8933548 Pop Noggins. LLC 8200 Boggy Creek Rd. Ste. 400 Orlando, FL 32824
8932341 Porter, Kiffany R 7638 CAHABA AVE LEEDS, AL 35094
8932342 Powell, Shavatey 1410 Hueytown Rd Apt 106 Hueytown, AL 35023−2011
8933549 Practice Fusion 650 Townsend Street Suite 500 San Francisco, CA 94103

8933550 Pre−Paid Legal Services, Inc LeagalShield One Pre−Paid Way Ada, OK 74820
8933551 Precision Pipette, Inc. 2814 Spring Road Southeast Suite 103 Atlanta, GA 30339
8932343 Prell, Allen 1554 Manzanita St NE Keizer, OR 97303−1917
8933553 Premiere Speakers Bureau, Inc 109 International Drive Suite 300 Franklin, TN 37067
8932344 Prewitt, Pinky 5673 Godfrey Rd Hokes Bluff, AL 35903−4839
8932345 Price, Travis Kyle 245 Hathaway Ln Odenville, AL 35120−3835
8932346 Pridgen, Daniel Clinton 2545 FLEETWAY DR VESTAVIA, AL 35226
8933554 Prime Pathology Laboratories 3600 S Logan Street Suite 110 Englewood, CA 80113
8933555 Print Resources, Inc. 2720 19th Street South Birmingham, AL 35209
8933556 Pritchard Industries Southeast Inc. 216 Business Center Drive Birmingham, AL 35244
8933557 Pro MedDx, LLC 10 Commerce Way Norton, MA 02766
8933558 Professional Data Services Inc P.O. Box 2044 Hutchinson, KS 67504−2044
8933559 Professional Speech Service of Alabama, PC. 3057 Lorna Road , Suite 220 Birmingham, AL 35216
8932102 Progress Leasing, LLC 2700 Rogers Drive, Suite 203 Birmingham, AL 35209
8933560 Provident Life & Accident Ins P.O. Box 403748 Atlanta, GA 30384−3748
8933562 Public Service of New Mexico P.O. Box 75000 Southeastern, PA 19398−7500
8933561 Public Service of New Mexico PNM Eletric Services P.O. Box 27900 Albuquerque, NM 87125−7900
8932347 Pullins, LaShundra Elicia 1215 26th Avenue North Hueytown, AL 35023−3627
8933563 Pulse Systems, Inc. 3020 N. Cypress, Suite 200 Wichita, KS 67226
8933564 Qiagen, Inc. P.O. Box 5132 Carol Stream, IL 60197−5132
8933565 Quest Diagnostics 14225 Newbrook Drive Chantilly, VA 20151
8933566 R & D Systems Inc 614 McKmley Place N.E Minneapolis, MN 55413
8933567 R.J.O. Inc. Foliage Design Systems 107 B−Owens Parkway Birmingham, AL 35244
8933589 RESCO, SPOL. SR.O. ZAHRADNICKA 74 BRATISLAVA 82108 SLOVAKIA
8933604 RMS P.O. Box 523 Richfield, OH 44286
8933568 Rachel Tiffin 2 E Rolling Oaks Apt Clanton, AL 35045
8933569 Radhika Acharya Leon 36 Elk Lane Littleton, CO 80127
8932348 Ragland, Kimberly D 304 East Main A Marshall, AR 72650
8933571 RainMaker medical LLC 4502 N Heatherwood Pl Tucson, AZ 85718
8933570 Rainin Instrument, LLC Rainin Road Lockbox No. 13505 Newark, NJ 07188−0505
8933572 Ramiro Leon Madrigal Leon Janitorial Service 1135 Colombard Drive Madera, CA 93637
8932349 Ramos−Monroe, Antionette M 3110 Paramount Blvd Apt A Amarillo, TX 79109
8933573 Randox Laboratories 515 Industrial Blvd. Kearneysville, WV 25430
8933574 Raul Gonzalez 1 Hull Circle Dr. Austin, TX 78746
8933575 Raveen Arora, MD 1712 W. Medica Center Drive Anaheim, CA 92801
8933576 Raven De Lacroix 20 Pierce Drive Sedona, AZ 86336
8933577 Ray P Strahan 1366 San Vicente Road Ramona, CA 92065
8932350 Reaves, Julie 1001 Farmingham Ln Indian Trail, NC 28079−3640
8933578 Rebecca Campos 2218 W 9th Street Santa Ana, CA 92703
8933579 Rebecca Curbo 2891 Port Charlotte Drive Germantown, TN 38138
8933580 Rebecca Davis 1510 Barcus Drive Georgetown, TX 78626
8933581 Rebecca Martinez 1218 Pueblo Odessa, TX 79761
8933582 Rebecca Smith 6057 Linton Sandersville, GA 31082
8933583 Red Mountain Greenway & Recreation Area, Red Mountain Park, 281 Lyon Lane Birmingham, AL 35211
8933584 Red Mountain Park Greenway & Recreation Area 281 Lyon Lane Birmingham, AL 35211
8932351 Reed, Cynthia 7512 LUPRE DRIVE MCCALLA, AL 35111
8932352 Reese, Denise Lagert 6601 AVENUE O BIRMINGHAM, AL 35228
8932353 Regalado, Diana 814 Autumn Ave Odessa, TX 79763−4501
8932354 Regan, James 4630 ALLISTAIR DRIVE CUMMING, GA 30040
8932103 Regions Bank 201 Milan Parkway Birmingham, AL 35211
8933585 Reliable Automation and Conv. PO Box 9905 Birmingham, AL 35220
8933587 Renee Welan 14260 Secluded Lane Darnestown, MD 20878
8933588 Republic Services P.O. Box 9001099 Louisville, KY 40290−1099
8932355 Reynolds, David G. 8510 Cariole Dr BATON ROUGE, LA 70817
8932356 Reynolds, Jerald Scott 112 Becky Drive Gadsden, AL 35901
8932357 Reynolds, William David 4398 WIND SONG COURT TRUSSVILLE, AL 35173
8933590 Rhonda Infurnari 1466 Serrano Circle Naples, FL 34105
8933591 Richard A Kell 2525 Steeplechase Road Gallatin, TN 37066
8933592 Richard Crane 1041 Neils FT Greensboro, GA 30642−4874
8933593 Richard G Mushial 26 Driftwood Lane Scarborough, ME 04074
8933594 Richard Graham 13469 Calendower Road Midlothian, VA 23113
8933595 Richard Gutierrez 8950 N Hwy 281 Pleasanton, TX 78064
8933596 Richard Karlowski 419 Virginia Avenue Royal Oak, MI 48067
8933597 Richard Rachima, MD 1025 Antioch Woods Dr. Matthews, NC 28104
8933598 Richard Schlotman 8613 Jefferson Munster, IN 46321
8933599 Richard Sinsky 8130 Willow Brooke Terrace Trussville, AL 35173
8933600 Richard Torricelli, M.D. 126 Del Prado Blvd. N #104 Cape Coral, FL 33909
8932358 Richards, Jessica Meagan 291 Skyline Drive Warrior, AL 35180
8933601 Rickie Matteson P.O. Box 826 Westport, WA 98595
8933602 Rico Catalusci 2228 Fenton Parkway Apt. 313 San Diego, CA 92108−4779
8933603 Rigoberto Franco Angel Medical Care, Inc. 9757 E. Indigo Street Miami, FL 33157
8932359 Riley, Jonica L. 2117 VESTRIDGE LANE BIRMINGHAM, AL 35216
8933605 Rob Robinson 9925 Tunney Avenue Northridge, CA 91324
8933606 Robert Brown 400 S Inwood Bridge City, TX 77611
8933607 Robert Copher 43050 Pritton Place Callahan, FL 32011

8933608 Robert D. Royston, JR., P.A. PO Box 07159 Fort Myers, FL 33919
8933609 Robert Flaherty P.O. Box 538 Brookline, MA 02446
8933610 Robert Sekkes 9 Chantilly Lane Hilton Head Island, SC 29926
8933612 Robert Truitt 3681 Whispering Trails Hoffman Estates Schaumburg, IL 60195
8933611 Robert Truitt 3681 Whispering Trails Drive Hoffman Estates Schaumburg, IL 60195
8932360 Roberts, Steven Mark 5611 Colony Ln Hoover, AL 35226−5107
8933613 Robin Kohl 7 Bordeaux Ct Cary, IL 60013
8932361 Robinson, Amanda 865 Brad Dr Birmingham, AL 35235−3001
8932362 Robinson, Tina 1009 River Falls Rd Wetumpka, AL 36092−7295
8933615 Roche Diagnostics Corp. 9115 Hague Road Indianapolis, IN 46250−0457
8933616 Roderick L Miles 5707 The Oaks of St. Clair Cir Moody, AL 35004
8933617 Ropes & Gray LLP P.O. Box 414265 Boston, MA 02241−4265
8933618 Rosa A Durand 1998 N.E. 175 Street Miami, FL 33162
8933619 Roslyn Massey 1449 Bowie Avenue Apt C Columbus, GA 31903
8932363 Ross−Barnes, Shaneik Roshaun 11820 W Cambridge Ave Avondale, AZ 85392
8933621 Roy Larry Miersch 16291 Countess Dr. #120 Huntington Beach, CA 92649
8933622 Royal Cup, Inc P.O. Box 170971 Birmingham, AL 35217
8933623 Rozmeri Jabraeili Saatlouei 980 Almaden Lake Dr Apt 305 San Jose, CA 95123−5386
8933624 Russ Sesto W 6146 Maple Bluff Lane Menasha, WI 54952
8933626 Russell Bennett Marz, M.D. Tabor Hill Clinic 2002 SE 50th Portland, OR 97215
8933625 Russell and Smith Honda, Inc 2900 South Loop West Houston, TX 77054
8933627 S & T Janitorial Service LLC 3 Casa Loma Odessa, TX 79765
8933628 S.S. Nesbitt & Co., Inc. 3500 Blue Lake Drive Suite 120 Birmingham, AL 35243
8933643 SAS Institute, Inc. SAS Campus Drive Cary, NC 27513
8933745 SYSMEX AMERICA, INC. 28241 Network Place Chicago, IL 60673−1282
8933630 Sage Software Inc 14855 Collections Center Drive Chicago, IL 60693
8933631 Salt Lake Regional Women's Ctr 1050 E South Temple Street Salt Lake City, UT 84102
8933632 Salvador Garcia 810 Cartwright Van Buren, AR 72956
8933633 Sam's Club P.O. Box 530970 Atlanta, GA 30353−0981
8933634 Samantha King 19827 Dahlia Brook Way Richmond, TX 77407
8933635 Samuel A. Wilson 1056 Stephens Circle Bessemer, AL 35023
8932364 Sanchez, Jeanette 366 Coyote Trl Kouts, IN 46347−9302
8932365 Sanders, Cady 408 Summerwood Dr Orange, TX 77632−8834
8932366 Sanders, Timesa L. 613 10TH STREET NORTH BESSEMER, AL 35020
8933636 Sandra Blevins 835 North 12th Street Wytheville, VA 24382
8933637 Sandra Carpenter 22−C Kurb Lane Hattiesburg, MS 39402
8933638 Sandra Sanders 906 County Road 13 Shorter, AL 36075
8933639 Santa Clara County IPA AttnL Sam F. Armon−Contract Sp P.O. Box 5860 San Mateo, CA 94402
8933640 Santos Flores 7464 Darva Gln Mechanicsville, VA 23111
8932367 Sapp, Kelsie Robinson 3417 Hurricane Road Hoover, AL 35226
8933641 Sarah Beechy 7283 South Leewyn Drive Sarasota, FL 34240
8933642 Sarasota Commons Medical Group Attn: George Mansour M.D. 4020 Sawyer Road Sarasota, FL 34233
8932368 Sartin, Catherine 1127 CRESTHILL DRIVE BIRMINGHAM, AL 35213
8932369 Saso, James J. 5521 83RD STREET LUBBOCK, TX 79424
8933644 Savyon Diagnostics Bank Hapoalim B.M. 3 Shimshon Street. Petah Tikva 49517 Israel
8932370 Scalisi, Janet 1001 Chelsea Station Way Chelsea, AL 35043
8933645 Scanner Holdings Corporation attn: CFO ibml, 2750 Crestwood Blvd Birmingham, AL 35210
8933646 SciTech Lab Service 322 Chestnut Lane Alabaster, AL 35007
8933647 Scott Anders 964 Cookie Lane Fallbrook, CA 92028
8933648 Scott Garner 2750 Borchard Rd Thousand Oaks, CA 91320
8932371 Scott, Melissa Sanders 6408 BLACK CREEK LOOP BIRMINGHAM, AL 35244
8932372 Scott, Monica 1708 Bayer Ave Fort Wayne, IN 46805−4206
8932373 Seabolt, Michael 1807 E. Secretariat Tempe, AZ 85284
8933649 Seacoast Laboratory Data Systems, Inc. 195 New Hampshire Dr., Ste 140 Portsmouth, NH 03801
8933650 Sean Landry 608 Brookside Drive Albertville, AL 35950
8933651 Sekula Sign Corp. 811 S. Brady Street Du Bois, PA 15801
8933652 Sergio Vidanova 32421 Clay Gully Road Myakka City, FL 34251
8933653 Shane Peck 2401 Eilers Ln. #507 Lodi, CA 95242
8933654 Shaneka Sedgwick P.O. Box 492 Hampton, VA 23669
8933655 Shannon Rust 1635 S Big Canyon Ct. Coalville, UT 84017
8933656 Shannon Thurston 14227 Caminto Vistana San Diego, CA 92130
8933657 Shannon Wooldridge 5257 Pierce Chapel Road Midland, GA 31820
8933659 Sharon Baker 7141 Starvalley Drive Charlotte, NC 28210
8933660 Sharon Lamb 220 SE 17th Troutdale, OR 97060
8933661 Sharon T Spears 407 Sweet Lane Maylene, AL 35114
8933663 Shaw Interprises Inc dba Solar Contron Secialists 710 Pear Lake Road Springville, AL 35146
8933665 Shawn Sturm 16414 East 50TH Street Tulsa, OK 74134
8933666 Shawna Van Meter 33342 Nova Rd Pine, CO 80470
8933667 Shawnna G Thiele 13579 E Bright Skyloop Vail, AZ 85641
8932374 Shea, Sean Patrick 7730 Crocker Dr Apt 213 Raleigh, NC 27615−3289
8933668 Sheena Hewitt 104 SW 292nd Street Federal Way, WA 98023
8932375 Sherer, Linda T. 8015 OVERBROOK PARKWAY MORRIS, AL 35116
8933670 Sherri Lewis 529 Thorman Lane Van Buren, AR 72956
8933671 Sherri Thornton 3615 W Palmarie Avenue Phoenix, AZ 85051

8933672 Sherrill Paint & Body, Co. 2221 3rd Avenue S. Birmingham, AL 35233
8933673 Sherry Ducharme 6525 South Bilbo Road Orange, TX 77632
8933674 Sherry Wade 27611 James Warren, MI 48092
8932376 Shoultz, Robin 233 SILVER CREEK PKY ALABASTER, AL 35007
8933675 Shreda Biggerstaff 8404 W 24th Odessa, TX 79763
8933676 Shrijl Group LLC−Embassy Suite Embassy Suites − Hoover 2960 John Hawkins Pkwy Birmingham, AL 35244
8933677 Shronda Roberts 3328 Lacoste Road Mobile, AL 36618
8932377 Shufflebarger, Robert 2118 ENGL VILLAGE LN BIRMINGHAM, AL 35223
8933678 Sigma−Aldrich P O Box 535182 Atlanta, GA 30353−5182
8933679 Signs & More On Time 10740 Broadway Crown Point, IN 46307
8933680 SiliconMesa Corporation Arrowhead Research Park MSC−3ARP P.O. Box 30001 Las Cruces, NM 88003
8932378 Simon, David 2348 ARBOR GLENN HOOVER, AL 35244
8932379 Sims, Adeshia 5205 MEADOW LAKE CIRCLE BESSEMER, AL 35020
8933681 SmartSheet.com Inc. P.O. Box 315 Bellevue, WA 98009−0315
8932380 Smith, Andrew Collier 223 Kingston Ct Birmingham, AL 35211−7902
8932381 Smith, Carole C 5400 Etta Dr Mount Olive, AL 35117−3428
8932382 Smith, DeAndra N 8462 Eastchase Pkwy Apt 3205 Montgomery, AL 36117−7059
8932383 Smith, Erin Elizabeth 689 Cummins Ave Hueytown, AL 35023−1209
8932384 Smith, Kimberly Hogan 2616 county road 1107 Vinemont, AL 35179
8932385 Smith, Shawn H. 5081 Janet Lane Birmingham, AL 35210
8933682 SoftwareOne Inc 20875 Crossroads Circle Suite 1 Waukesha, WI 53186
8933683 Solomon Park Research Lab 12815 NE 124th St. Suite 1 Kirkland, WA 98034
8933684 Solstas Lab Patners P.O. Box 751337 Charlotte, NC 28275
8933685 Sophia Duclio 3427 E Linden Street Tucson, AZ 85716
8933686 Sophie Branton 146 Panarama Point Shelby, AL 35143
8932386 Sosa, Jennifer Nicole 4908 Pinebrook Dr Fort Wayne, IN 46804−1773
8933687 Southern Medical Laboratory 1407 North Race Street Ste. 3 Glasgow, KY 42141
8933688 Southwest Heart Institute Michael Vargas, MD P.O. Box 891022 Temecula, CA 92592
8933689 Spectrum Laboratory Network Attn: Accounts Receivable P.O. Box 35907 Greensboro, NC 27425
8933690 Spot Color, LLC d/b/a/ Cornerstone Media 2611 Commerce Blvc. Birmingham, AL 35210
8933691 Springhill Memorial Hospital Attn: Gloria Clayton 3719 Dauphin Street Mobile, AL 36608
8932387 Springwater, Jordan Ray 20884 Justin Drive Springdale, AR 72764
8933692 Sprint P.O. Box 219100 Kansas City, MO 64121−9100
8933694 Sprint P.O. Box 5025 Carol Stream, IL 60197
8933693 Sprint P.O. Box 910182 Denver, CO 80291−0182
8933695 Sri Sai, PC. 7972 W. Jefferson Blvd. Fort Wayne, IN 00046−8041
8933697 St. Vincent's Medical Center Consolidated Laboratory Servic 4203 Belfort Road, Ste. 106 Jacksonville, FL 32216
8933696 St. of Oklahoma,Bd. of Regents University of Oklahoma, 2410WP 920 SLYoung Blvd. Oklahoma City, OK 73126−0901
8933698 Standard Fire Equipment, Inc. PO Box 10243 Birmingham, AL 35202−0243
8933699 Stanley E. Stephens Parkside Partners 8715 SW 190 Avenue Rd Dunnellon, FL 34432
8933700 State Comptroller Comptroller of Public Accounts P.O. Box 149348 Austin, TX 78714−9348
8932388 State Of Alabama Department Of Revenue/Legal Division P.O. Box 320001 Montgomery, AL 36132−0001
8932389 State of California Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257−0531
8933701 State of Florida Health Bay County Health Department 597 W. 11th Street Panama City, FL 32401
8932390 State of Massechusetts Dpt. of Revenue Franchise Tax Division 100 Cambridge St., Ste. 500 Boston, MA 02114
8933702 State of Michigan Corporations Division P.O. 30702 Lansing, MI 48909
8933703 State of Nevada P.O. Box 30042 Reno, NV 89520−3047
8933705 State of Tennessee Dept of Health− 665 Mainstream Drive 2nd Floor Nashville, TN 37243
8933704 State of Tennessee Health Division of Health Related Boards 227 French Landing, Ste. 300 Nashville, TN 37243
8932391 Staylor, Christian Mark 3835 Clairmont Ave. Birmingham, AL 35222
8933706 SteepRock, Inc 67 Lower Church Hill Road Washington Depot, CT 06794
8933707 Stephanie Grathwal 227 Maple Street Kalamazoo, MI 49004
8933708 Stephanie Hill 265 A Countrie Dr. Christiansburg, VA 24073
8933709 Stephany Strul 4211 W North A Street Tampa, FL 33609
8933710 Stephen Elliott 1017 Kellyn Lane Hendersonville, TN 37075
8933711 Stephen Hester 4422 Newport Woods San Antonio, TX 78249
8933712 Stephen Mickey P.O. Box 5673 Lake Charles, LA 70606
8933713 Stericycle Inc. P.O. Box 6582 Carol Stream, IL 60197−6582
8933714 Steven Elliott 1017 Kellyn Lane Hendersonville, TN 37075
8933715 Steven Foley MD 2550 Rossmere Colorado Springs, CO 80919
8933716 Steven King 2528 Pocahontas Place Saint Louis, MO 63144
8933717 Steven Margolis, MD, The Leclure Company LLC 2039 Applewood Drive Troy, MI 48085
8933718 Steven Prince 8223 E Timberland Orange, CA 92869
8933719 Steven R Jones, MD 12 Merrymount Road Baltimore, MD 21210
8932392 Stewart, Tiffany Elois 4614 Clubview Drive Bessemer, AL 35022
8933722 Stow Lakeshore, 201 LLC 2908 Bay to Bay Blvd. Suite 200 Tampa, FL 33629
8933721 Stow Lakeshore, 201 LLC 2908 Bay to Bay Blvd. Ste. 200 Tampa, FL 33629
8932393 Straza, James Alex 1482 CREEKSIDE DRIVE WHEATON, IL 60189
8933723 Strickland Companies 481 Republic Circle P O Box 11407 Birmingham, AL 35246−1093

8932394 Struggs, La'Tonya 7855 Wisdom Way Pinson, AL 35126
8932395 Stuckey, Dana Lenette 2120 Baneberry Dr Hoover, AL 35244−1400
8933724 Sue Glenn 7544 NW 206TH Street Bray, OK 73012
8933725 Sumit Jaripatke 71 Messinger St Apt 511 Plainville, MA 02762
8933726 Sundial Systems, Inc. d/b/a Cincinnati Time Sys.Inc. 9959 Cincinnati Dayton Rd. West Chester, OH 45069
8933727 Superior Unlimited Enterprises Inc. dba Cypress Signs 160 Spirit Lake Rd. Winter Haven, FL 33880−1242
8933728 Supero Healthcare Solution,LLC P.O. Box 1937 San Antonio, TX 78297−1937
8933729 Supreme Auto Collision 938 4th Avenue N Naples, FL 34102
8933730 Susan Cole 164 First Range Way Waterville, ME 04903
8933731 Susan Gallagher 611 susannah Place Lynchburg, VA 24502
8933732 Susan Hamilton 7722 Seven Oaks Avenue Baton Rouge, LA 70898
8933733 Susan Harris 3 Wisteria Drive Texarkana, TX 75503
8933734 Susan Offield P.O. Box 1522 Avalon, CA 90704
8933735 Susan Overstreet 3795 Patterson Mill Rd Bedford, VA 24523
8933736 Susan Woods P.O. Box 1197 Tuskegee Institute, AL 36087
8933737 Susan Zeichner 12366 Carmel County Rd #304 San Diego, CA 92130
8933738 Suzanne Leacock 214 Olympic Drive Cibolo, TX 78108
8932396 Swam, Patricia 2813 ROSE ARBOR CIRC BIRMINGHAM, AL 35217
8933739 Sydian Solutions, Inc. 9505 Hull Street Rd. Ste. C Richmond, VA 23236
8933740 Sylvia McLeod dba Cedar Crest Center, LLC 12127 B State Hwy 14 N Cedar Crest, NM 87008
8933741 Sylvia Ritz 572 Main Road Bradford, ME 04410
8933742 Sylvia Villaverde 1518 E Desert Drive Phoenix, AZ 85040
8933743 Synter Resource Group, LLC P.O. BOX 63247 North Charleston, SC 29419
8933744 SysAid Technologies Ltd PO Box 1142 70100 Airport City ISRAEL
8933746 System 1 Search of Sacramento Inc. 11335 Gold Express Dr Suie 115 Rancho Cordova, CA 95670
8933747 T2 Building Services LLC T Squared Building Services 4835 Bridgewater Road Birmingham, AL 35243
8933749 TACK Building Services, LLC 3300 E. 84th Place Merrillville, IN 46410
8933807 TMS Consulting/Technology Made Technology Made Simple, LLC. 2626 Lynn Avenue Fort Wayne, IN 46805
8933830 TW Telecom/ Level 3 Communicat P.O. Box 910182 Denver, CO 80291−0182
8933831 TW Telecom/ Level 3 Communicat PO Box 9001908 Louisville, KY 40290
8933832 TXU Energy PO Box 650638 Dallas, TX 75265−0638
8933748 Tabitha McClure 288 Clubbs Rd Portland, TN 37148
8933750 Taelor N. Malinowski 68 Pine Court North Buffalo, NY 14224−2531
8933751 Taity Taniguchi 1166 Archer Way Campbell, CA 95008
8933752 Tammy Isaacks 13 CR 3612 Splendora, TX 77372
8933753 Tammy Wood 3938 Airport Road Hillsville, VA 24343
8933754 Tanya Moczygemba 123 Colima Street Seguin, TX 78155
8933755 Tara Givan 1054 Locarno St. Mobile, AL 36608
8933756 Tarsus Cardio Inc. dba Health Science Media 175 N. Patrick Blvd, Ste 180 Brookfield, WI 53045
8933757 Tava Kennedy 1011 McCartney Ct Slidell, LA 70461
8933758 Taylor Power System, Inc. P.O. Box 29 Louisville, MS 39339
8932104 Tecan U.S. 9401 Globe Center Drive, Suite 140 P. O Box 602740 Morrisville, NC 27560
8933759 Teklinks, Inc. Southern Network Services 201 Summit Parkway Birmingham, AL 35209
8933760 Teklinks, Inc. or 201 Summit Parkway Birmingham, AL 35209
8933761 TelaDoc Care, LLC P.O. Box 382377 Birmingham, AL 35238
8933762 Telcor Inc 7101 A Street Lincoln, NE 68510−4202
8933763 Teresa Jackson 167 Windbrook Trace Hendersonville, TN 37075
8933764 Teressa Walker 4771 Falcons Hood Place Colorado Springs, CO 80922
8932397 Terhaar, Naretta Kay 4100 16 Mile Rd Kent City, MI 49330−8971
8933765 Terri Buteau 5036 Dampier Court Chester, VA 23831
8933766 Terri Stephens 507 Singleton Road Hartselle, AL 35640
8933767 Terry Bassett PO Box 1235 Fairhope, AL 36533
8933768 Terry Fennell 611 Linda Ave El Paso, TX 79922
8933769 Terry Lozano 8110 Staghorn Drive El Paso, TX 79907
8933770 Terry Mitchell P.O, Box 661 Kamas, UT 84036
8933771 Terry Moore 1411 FM 41 Lubbock, TX 79423
8933772 Terry Ratliff 20748 Coleta Road Sterling, IL 61081
8932398 Terwilliger, Audra 817 2ND AVE NW APT 27 ARAB, AL 35016
8933773 Texas Comptroller of Public Accts P.O.Box 149348 Austin, TX 78714−9348
8933774 The Baldus Company 440 E. Brackenridge Street Fort Wayne, IN 46802
8933775 The Bancorp Bank 2127 Espey Court, Suite #208 Crofton, MD 21114
8933776 The Birmingham News Co. P.O. Box 9001017 Louisville, KY 40290−0117
8933777 The Boyd Group (US), Inc. Gerber Collision & Glass 29187 Gratiot Avenue Roseville, MI 48066
8933778 The Brigham & Women's Hospital 101 Huntington Avenue, 4th Floor Attn: Executive Director, Research Ventu Boston, MA 02199
8933779 The Colorado Medical Assistanc Program, Provider Service Call CT. P.O. Box 90 Denver, CO 80201−0090
8933780 The Dano Group, LLC 4040 E Larkspur Drive Phoenix, AZ 85032
8933781 The Guardian Life Ins. Co. P.O. Box 677458 Dallas, TX 75267−7458
8933783 The Path Laboratory 830 Bayou Laboratory Lake Charles, LA 70601

8933784 The Performance Companies, Inc P.O. Box 10846 Merrillville, IN 46411
8933785 The Prudential Insurance Prudential Group Insurance PO Box 101241 Atlanta, GA 30392−1241
8933786 The Stewart Organization 4000 Colonnade Parkway Birmingham, AL 35243
8933787 The University of AL at Bham Attn: William Johnson 1720 2nd Ave. South Birmingham, AL 35294−1250
8933788 The University of Sydney Margaret Telfer Bldg, Cashiers, Level 4 71−−79 Arundel Street
8933789 The Westin Charlotte 601 S College Street Charlotte, NC 28202
8933791 Thelma Taylor 3337 Panther Branch Road Sandersville, GA 31082
8933793 Theresa Knobel 224 Village Green Rd Encinitas, CA 92024
8932399 Theus, Sophia 4133 Court S Birmingham, AL 35208
8933794 Third Wave Technologies, Inc. c/o Hologic 502 S. Rosa Road Madison, WI 53719
8933795 Thomas Basile 7294 Cloister Dr Unit 15 Sarasota, FL 34231
8933796 Thomas C Truscott 2620 6th Ave Clarkston, WA 99403
8933797 Thomas Gordon 773 Nottingham Drive Virginia Beach, VA 23452
8933798 Thomas Johnson 3147 Nottingham Port Neches, TX 77651
8933799 Thomas Klause 10872 SW Blue Mesa Way Port Saint Lucie, FL 34987
8933800 Thomas Longstreet 645 West Woodlawn Ave Hastings, MI 49058
8933801 Thomas Osaki 104 Tiffin Drive San Jose, CA 95136
8932400 Thomas, Janie Lynne 2606 Forest Valley Dr Fort Wayne, IN 46815−7710
8933802 Tiffany Bradshaw 9031 Wilderness Road Bland, VA 24315
8933803 Tiffany Lewis 307 Kingsworth Lane Leland, NC 28451
8932401 Tiffin, Rachel 41 Park Drive South Clanton, AL 35045
8933804 Tijuana Batchelor 1650 NW 47th Avenue Fort Lauderdale, FL 33313
8933805 Time Warner Cable Box 223085 Pittsburgh, PA 15251−2085
8933806 Tina Hill 3788 Co Road 203 Danville, AL 35619
8933808 Toby Butler 560 Twelve Oaks Trace Canton, MS 39046
8933809 Todd B. Hull 12107 Poulson Drive Houston, TX 77012
8933810 Todd Cameron, ND 1945 South 1100 E Ste.100 Salt Lake City, UT 84106
8933811 Tom Muhlberger's Sign Corp. Inc. DBA Sign−A−Rama 7200 Jefferson NE, Ste A Albuquerque, NM 87109
8933812 Toma Foundation 1415 Lavaca Street Austin, TX 78701
8933813 Tommy Mayo 4303 Crestgate Avenue Midland, TX 79707
8933814 Toni Safford Cleaning Services Inc. P.O. Box 62035 Fort Myers, FL 33906
8933815 Torre Swenson 6201 Westport Pasco, WA 99301
8933816 Tosoh Bioscience, Inc. PO Box 712415 Cincinnati, OH 45271−2415
8933817 Total Administrative Services Corp. Attn: New Business 2302 International Lane Madison, WI 53704−3140
8933818 Town of Dundee PO Box 1000 Dundee, FL 33838
8932402 Townsend, Lisa G. 6672 SERVICE ROAD TRUSSVILLE, AL 35173
8932403 Townsend, Vicki P O Box 190 136 Merry Drive Milledgeville, GA 31059−0190
8933819 Traci Johnson 4513 W Lodge Drive Laveen, AZ 85339
8933820 Tracy Vasile 5239 Box Turtle Circle Sarasota, FL 34232
8933821 Travis A. Hulsey Jefferson County Dept of Rev P.O. Box 12207 Birmingham, AL 35283−0710
8933822 Tri County Electric Membership Corporation P.O. Box 487 Gray, GA 31032
8933823 Tricare−South PO Box 7031 Camden, SC 29020
8933824 Tricore Reference Laboratories P.O. Box 27561, Dept #30775 Albuquerque, NM 87125−7561
8932404 Trigo, Angelika Rosa Amparo 5544 county road 616 hanceville, AL 35077
8933825 Trinity Contractors, Inc. 561 Simmons Drive Trussville, AL 35173
8933826 Troy Carr 1800 River Road, Apt 112 Yakima, WA 98902
8933827 Troy Thorpe 23600 S Hwy 125 Fairland, OK 74343
8933828 Tucker Administrators 3800 Arco Corp Drive Suite 450 Charlotte, NC 28273
8933829 Turtle Enterprises, Inc. dba Tortuga's Cafe' 3000 Meadow Lake Dr. Ste. 113 Birmingham, AL 35242
8933833 Tyanna Chavez 1330 Ojo Fellz Albuquerque, NM 87121
8933834 Tyco Fire & Security (US) Mgmt Inc. Tyco Intergrated Security P.O. Box 371967 Pittsburgh, PA 15250−7967
8932405 Tyus, Cynthia 1033 4TH COURT WEST BIRMINGHAM, AL 35204
8933835 U.S. Postal Service M.O.W.U P.O. Box 1475 Birmingham, AL 35201
8933836 UAB Research Foundation 701 South 20th Street Suite 112 6A/B Birmingham, AL 35294−0111
8933837 UAB University Hospital Attn: SPEC Area/PFS 619 South 19th Street Birmingham, AL 35233−6529
8933838 UHC PO Box 5290 Kingston, NY 12402
8933849 UPS P.O. Box 7247−0244 Philadelphia, PA 19170
8933850 UPS Freight P.O. Box 533238 Charlotte, NC 28290−3238
8933852 USA Scientific, Inc. PO Box 30000 Orlando, FL 32891−8210
8933839 Uline P.O. Box 88741 AttnL Accounts Receivable Chicago, IL 60680−1741
8933840 Ulrich Medical Concepts, Inc P.O. Box 116 West Paducah, KY 42086
8933841 United Cancer Survivors of America 7315 Roper Tunnel Rd Trussville, AL 35173
8933842 United Healthcare P.O. Box 981506 El Paso, TX 79998
8933843 United Healthcare Ins. Co. 22703 Network Place 606731227C0003 Chicago, IL 60673−1227
8933844 United Parcel Service P.O. Box 7247−0244 Philadelphia, PA 19170
8933845 United Plaza LLC Attention: Clarence Chau 1025 West 24th Street, Ste. 26 Yuma, AZ 85364
8933846 Universal Protection Service LLC, 26375 Network Place Chicago, IL 60673−1263
8933847 University of Alabama Health Service Foundation, PC 500 South 20th Street Birmingham, AL 35233

8933848 University of Washington Invoice Receivables P.O, Box 94224 Seattle, WA 98124
8933851 Us Sign and Mill Corp 7981 Mainline Pkwy Fort Myers, FL 33912
8932406 Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134−0180
8932407 Utley Jr, Daniel Joseph 2 Dunsmuir Bluffton, SC 29910
8933863 VICI Precision Sampling, Inc. PO Box 15886 Baton Rouge, LA 70895
8933870 VWR Scientific Products P O Box 640169 Pittsburgh, PA 15264−0169
8933853 Val Zuniga 501 Aransas Drive Euless, TX 76039
8933854 Valco Instruments Company, LP 7811 Westview Houston, TX 77055
8933855 Valencia Reese 12136 PIA Drive Houston, TX 77044
8932408 Van Buskirk, Melissa Ann 1817 Linville Pass Fort Wayne, IN 46845
8932409 Vance, Alietha 3869 Lee Roy Lane Bessemer, AL 35022
8933856 Vangelica Massenburg 890 NC Hwy 33 East Tarboro, NC 27886
8932410 Vaughan, Collin H. 1134 Mountain Oaks Drive Hoover, AL 35226
8933857 Verizon PO Box 15124 Albany, NY 12212−5124
8933858 Verizon Florida LLC P.O. Box 920041 Dallas, TX 75392
8933859 Verizon Wireless P.O. Box 660108 Dallas, TX 75266−0108
8933860 Vernon Taylor PO Box 1325 Douglas, AZ 85608
8933861 Veronica Moore 2285 Quail Creek Terrace Buford, GA 30519
8933864 Vickie Kincheloe 3327 Appleshaw Ct Jacksonville, FL 32225
8933865 Vickie Sopin 8140 Riverview Drive Gloucester, VA 23061
8933866 Vines Building Co. 2288 Scottsville Road Centreville, AL 35042
8933867 Virtual Officeware DE, LLC 2000 Cliff Mine Road Park West Two, Suite 510 Pittsburgh, PA 15275
8933868 Vista Clinical Diagnostics,Inc 4290 S. Hwy 27 Clermont, FL 34711
8933869 Vivian Simpson 149 Snowden Road Moyock, NC 27958
8933907 WITH CARE PHLEBOTOMY LLC 9255 Woodrow Way Elk Grove, CA 95758
8933911 WOW! PO Box 70999 Charlotte, NC 28272
8933912 WPS Tricare P.O. Box 7928 Madison, WI 53707−7928
8933871 Wade England 1485 Willow Way Warrior, AL 35180
8933872 Waiting Room Solutions, LLLP 30 Matthews Street, Suite 107 Goshen, NY 10924
8932411 Waldo, Ryan 2204 Kelly Lane Birmingham, AL 35216
8933873 Wallace Walls 3916 40th Street No Birmingham, AL 35217
8933874 Warren Averett Staffing & Recruiting LLC 2500 Acton Road, Ste. 150 Birmingham, AL 35243
8933876 Washington Univ. School of Med Core Laboratory for Clinical Studies 660 S. Euclid Ave, Box 8046 Saint Louis, MO 63110
8933877 Waste Pro of Florida, Inc Wastepro − Jacksonville P.O. Box 865200 Orlando, FL 32886−5200
8933878 Waters Technologies Corp. 34 Maple St. Milford, MA 01757
8932412 Watkins, Jay B 4610 Francistown Rd Glen Allen, VA 23060−3541
8933879 Watley Heating & Air 6121 Gateway Road Columbus, GA 31909
8932413 Watson, Nedra 1524 MOUNTAIN DR TARRANT, AL 35217
8933880 Wayne Wright PO Box 1084 Pine Lake, GA 30072
8932414 Weathington, Monica 1831 grove way Hampton, GA 30228
8933881 Web Commerce Partners, Inc LabelValue.com 5704 W Sligh Ave; Ste 100 Tampa, FL 33634
8932415 Webster, Veronica P.O. Box 836 ODENVILLE, AL 35120
8932416 Wells, John Coker 240 Pleasant Springs Rd Monticello, AR 71655−8887
8933882 Wendy Carroll 400 Howell Way #202 Edmonds, WA 98020
8933883 Wendy Laufer 1860 County Brook Dr SE Ada, MI 49301
8933884 Wendy Lopez 3813 Heather Drive W Lake Worth, FL 33463
8933885 Wendy Truax 8625 E Belleview PL #1147 Scottsdale, AZ 85257
8932417 West Virginia State Tax Department Tax Account Administration Division P.O. Box 1202 Charleston, WV 25324−1202
8932418 West, Ashley 21755 Pagosa Ranch Rd Bullard, TX 75757
8933886 West−Camp Press, Inc. 39 Collegeview Rd. Westerville, OH 43081
8933887 Western Growers PO Box 2130 Newport Beach, CA 92658
8933888 Western Growers Assurnce PO Box 2130 Newport Beach, CA 92658
8933889 Western Health Science Lab 21018 Osborne Street Canoga Park, CA 91304
8932419 Whip, Matthew A. 508 BUCKSKIN LANE GARDENDALE, AL 35071
8932420 White, Charlotte M. 905 OAKLAND DR FAIRFIELD, AL 35064
8932421 White, LaKeshia 529 Robison Dr Birmingham, AL 35215−8241
8932422 Wilkins, Ginger Marie 6018 Highway 412 East slaughter, LA 70730
8933891 William Francis Galvin Secreatry of The Commonwealth One Ashburton Place Room 1717 Boston, MA 02108−1512
8933892 William Gobie 4836 38th Avenue SW Seattle, WA 98126
8933894 William Hurtle 5735 102nd Street Tulsa, OK 74137
8933895 William J. Benton 107 Los Robles Dr. Burlingame, CA 94010
8933897 William Pruett 3306 Cloverleaf Ct Manvel, TX 77578
8933898 William Roach 1669 Aaronwood Drive Old Hickory, TN 37138
8933899 William Schmitt 1768 Unicorn Drive Virginia Beach, VA 23454
8933900 Williams Blackstock Architects 2204 1ST Avenue South Suite 200 Birmingham, AL 35233
8932423 Williams, Bruce A. 613 CRESTVIEW CIRCLE HOOVER, AL 35244
8932424 Williams, Melissa Dee 2147 Palenque Dr SE Rio Rancho, NM 87124
8933901 Willis of Alabama, Inc. P.O. 730416 Dallas, TX 75373−0416
8932425 Willis, Tashica A 349 Cherokee Dr Yukon, OK 73099−5657
8932426 Willmon, Cacee Cleste 670 County Road 1079 Vinemont, AL 35179−7389
8933902 Wilson Leadership Group, Inc 3553 Chippenham Drive Birmingham, AL 35242
8932427 Wilson, Manessa L. 508 CONWAY LANE BIRMINGHAM, AL 35210
8933904 Windstream P O Box 105503 Atlanta, GA 30348−5503

8933903 Windstream PO Box 9001908 Louisville, KY 40290
8933906 Windstream Communications P.O. Box 105262 Atlanta, GA 30348−5262
8933905 Windstream Communications P.O. Box 9001950 Louisville, KY 40290−1950
8932428 Wirtz Jr, William Arnold 12306 White Oak Dr Crown Point, IN 46307−8421
8932429 Wixom, Martha 748 EASTERN MANOR LN BIRMINGHAM, AL 35215
8932430 Womack, Melanie Lynn 2538 Martin Circle Birmingham, AL 35215
8933908 Wood Gardens Apartments 2139 Rocky Ridge Ranch Road Birmingham, AL 35216
8933909 Woodrow Wilson Finley III d/b/a/ Falling Star Films, LLC 924 Falling Star Lane Alabaster, AL 35007
8932431 Woods, Janie Smith 6010 Kelly Creek circle Moody, AL 35004
8933910 World Courier Inc. P.O. Box 842325 Boston, MA 02284−2325
8933913 Wuestoff Reference Laboratory 375 Commerce Pkwy Ste. 103 Rockledge, FL 32955−4209
8933914 Wyatt Technology Corporation 6300 Hollister Avenue Santa Barbara, CA 93117
8932432 Wynne, Lisa Anne 135 Chadwick Dr Helena, AL 35080−3135
8933916 XMED Disposal, Inc. P.O. Box 18822 Huntsville, AL 35804
8933915 Ximena Acevedo 5834 Eagle Cay Lane Pompano Beach, FL 33073
8933917 Xpedite Systems, LLC P.O. Box 116451 Atlanta, GA 30368−6451
8933918 Xpressmyself.com LLC Smartsign 300 Cadman Plaza W, Ste 1303 Brooklyn, NY 11201
8932433 Yannuzzi, Tamra Lynne 10402 Rafter S Trl Helotes, TX 78023−3847
8933919 Yellow Star, Inc. 832 River Road Orange Park, FL 32073
8933920 Yoshikonagamitsu 95 Fritz Drive Pell City, AL 35128
8932434 Young III, John William 3743 Se 3rd Place Cape Coral, FL 33904−5453
8932435 Young, Terrie 158 Park Avenue Milledgeville, GA 31061
8933921 Yvonne Martinez 203 West Street Georgetown, TX 78626
8933922 Yvonne Fagin 2734 Privada Drive Lady Lake, FL 32162
8933923 Zahra Mehmandoost 6215 Canyon Run Court Katy, TX 77450
8932436 Zelkovich, Alyssa Marie 229 S Trenton Mesa, AZ 85208
8932437 Zhuravlev, Andrew Sergey 2812 2Nd Pl NW Center Point, AL 35215−1724
8932174 d'Incelli , Kirstin 41 SE 5Th St Apt 709 Miami, FL 33131−2530
8932866 diaDexus, Inc 349 Oyster Point Blvd. South San Francisco, CA 94080
8932907 eClinical Works P.O. Box 847950 Boston, MA 02284−7950
8933070 inVentiv Communication, Inc. GSW Worldwide 500 Atrium Drive Somerset, NJ 08873
8933269 lcec P.O. Box 31477 Tampa, FL 33631−3477

TOTAL: 1783