# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  Atherotech, Inc.

**EIN:** 77–0504635

**Case No.** 16–00909–TOM7
**Chapter** 7

**Debtor(s)**

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Thomas E Reynolds**
Reynolds Legal Solutions, LLC
300 Richard Arrington Jr. Blvd. N
Suite 503
Birmingham, AL 35203

2. Unless the interim trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated:   March 7, 2016

/s/ Tamara O Mitchell
United States Bankruptcy Judge

dls